UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



United States of America,

     Plaintiff,

v.

D-1    Zainab Aliasgar Hakim
         (A/K/A "Z")
D-2    Amatullah Aliasgar Hakim
         (A/K/A "A")
D-3    Paige Elizabeth Feyock
D-4    Ahmet Kerem Korkaya
         (A/K/A "Met")
D-5    Jonathan Hongru Zou
D-6    Alexander Matthew Sepulveda
D-7    Mariam Muhammed Odeh
D-8    Colin Hunter Weger
         (A/K/A "Beams"),

     Defendants

_____/

Case: **5:26-cr-20306**
Assigned To : **Levy, Judith E.**
Referral Judge: **Stafford, Elizabeth A.**
Assign. Date : **5/20/2026**
Description: **USA v. Sealed (jo)**

FILED UNDER SEAL

## ORDER GRANTING THE GOVERNMENT'S MOTION TO SEAL INDICTMENT AND ARREST WARRANTS

For the reasons stated in the government's motion, it is ordered that the

Indictment and Arrest Warrants be sealed until further order of the Court.

IT IS SO ORDERED.

~~David R. Grand~~ Anthony P. Patti
United States Magistrate Judge

Entered: May 20, 2026