UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                   Criminal No. 26-20306

v.

                                   Honorable Judith E. Levy

Hakim et al.,

      Defendants.

_____/

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF
## TO UNSEAL INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment and Arrest Warrants in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrant be unsealed because defendants have been arrested and are entitled to receive a copy of the Indictment and Arrest Warrant.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney


*s/ Margaret Smith*
Margaret Smith  P71413
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
margaret.smith@usdoj.gov
(313) 226-9135

Dated:  June 10, 2026