UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                        Criminal No. 26-20306

v.

                                        Honorable Judith E. Levy

Hakim et al.,

      Defendants.

_____/

## ORDER GRANTING GOVERNMENT'S MOTION
## TO UNSEAL INDICTMENT AND ARREST WARRANTS

For the reasons stated in the government's motion, it is ordered that the

Indictment and Arrest Warrant be unsealed.

**IT IS SO ORDERED.**

                                        s/ Anthony P. Patti
                                        Anthony P. Patti
                                        United States Magistrate Judge

Entered: June 10, 2026