UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

                PLAINTIFF                           CASE NO 26-CR-20306

V.                                            HON. JUDITH LEVY

D-3 PAIGE ELIZABETH FEYOCK

                DEFENDANT

---

**APPEARANCE OF RETAINED ATTORNEY**

TO CLERK OF THE COURT:

        PLEASE ENTER MY APPEARANCE as attorney for Paige Elizabeth Feyock,

Defendant 3 in the above-captioned matter.

                                     Respectfully submitted,


                                     /s/Cyril C. Hall P29121
                                   HALL MAKLED PC
                                   23950 Princeton St
                                   Dearborn, MI 48124
                                   313-788-8888
                                   chall@hallmakled.com