**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE UNITED STATES OF AMERICA,                     CRIMINAL NO. 26-CR-20306

                Plaintiff,                     HON. JUDITH E. LEVY

v.

D-4 AHMET KEREM KORKAYA,
     (A/K/A "Met")

                Defendant.

                                         /

## GOVERNMENT'S EMERGENCY APPEAL OF THE DEFENDANT'S RELEASE ORDER

Ahmet Kerem Korkaya ("Korkaya") conspired to threaten University of Michigan leaders, law enforcement, and businesses and committed to demand divestment from Israel "by any means necessary." (ECF No. 1: Indict., PageID.95). Korkaya discussed with his co-defendants methods by which to harm their victims and the families of their victims, including poison, bombs, and psychological torture, agreeing to "kill," "torment," and "terrorize" their targets. (*Id.* at PageID.98-99).

Because Korkaya presents a serious flight risk and a serious risk that he will obstruct justice, or threaten, injure, or intimidate a witness, the United States moved for detention and now appeals the Magistrate Judge's release order. Following a *de novo* review—with the benefit of a full slate of facts—this Court should detain him.

## I.      Factual background

Below is a brief factual summary. The United States will supplement these facts with a written detention proffer within 24 hours of this filing. It also reserves further argument for the detention hearing.

Korkaya is a medical student who promised: "I'm gonna be the dirtiest f-------doctor ever / I'm gonna be [Victim 1's] doctor / poison her a—slowly." (*Id.* at PageID.99). Korkaya also pledged to "drive [his] car into" Victim 4's house, stating that Victim 4's "entire family is now on my hit list." (*Id.*). Korkaya explained that this was the "only way to clear [his] conscious (sic)." (*Id.*). Korkaya and his co-defendant, Paige Feyock, explicitly agreed to a "hit list" where people "gotta die." (*Id.* at PageID.106). Korkaya also declared in text messages discovered by law enforcement that he wants to work as a doctor for Hamas—a designated Foreign Terrorist Organization. (*See id.* at PageID.93-94).

After the October 7, 2023, terrorist attacks where Hamas militants and other terrorist organizations raped, mutilated, and burned an estimated 1,200 men, women, and children in Israel, Korkaya conspired with others to threaten and intimidate University of Michigan leaders, law enforcement, and businesses based on perceived financial support of Israel. (*See id.* at PageID.91-100). Their goal included forcing the University of Michigan and other businesses to sever all perceived ties with Israel. (*Id.* at PageID.92). To accomplish this goal, Korkaya and his conspirators used encrypted messages, social media, and overseas collaboration platforms to research, target, and

2

attack their victims. (*Id.*). Then, they posted pictures of their attacks on social media, along with additional threats and warnings, like "you cannot hide" and "we only come back stronger." (*Id.* at PageID.92; *id.* at PageID.100). Their criminal activity included spray-painting threats, breaking windows, and throwing glass jars filled with noxious chemicals into family homes. (*Id.*). They marked their victims with threatening symbols used by Hamas, including red inverted triangles (which Hamas uses in its military videos to mark targets for death), red handprints (which Hamas has used to symbolize the Ramallah Lynching of 2000 and the murder of two Israeli military reservists during the Second Intifada), and phrases like "INTIFADA" and "DIVEST NOW." (*Id.* at PageID.92-94). They used the internet and social media to broadcast their message to ensure the victims (and those who support Israel) heard their threats and commitment to continued criminal activity. (*Id.* at PageID.92). Although Korkaya moved to Wisconsin in 2024, he traveled to the Eastern District of Michigan multiple times to plan and participate in various "actions." (*Id.* at PageID.93, 120, 127, 135).

Korkaya and his co-defendants publicly insisted that they "must escalate, mobilize, and organize to demand divestment *by any means necessary.*" (*Id.* at PageID.108) (emphasis added). To that end, the conspirators publicly posted a list of demands on social media directed at University of Michigan leadership. (*Id.* at PageID.95). Unsatisfied by the University's response, they "prepared to take action" against the leadership by what they called "autonomous actions," which included occupying University of Michigan buildings, defacing buildings, and blocking and

disrupting events on campus. (*Id.* at PageID.95-96). They also posted threats on the internet that included photos of their "autonomous actions." (*Id.* at PageID.96).

Korkaya participated in multiple "autonomous actions." Below is a photo from a June 30, 2024, "autonomous action" targeting Rolls Royce Solutions America. Korkaya and his conspirators padlocked the doors, painted inverted red triangles on the building, pressed red handprints on the windows, and threw red paint balloons at the building's sign. (*Id.* at PageID.112-13). They also spray-pained messages like "LONG LIVE THE INTIFADA." (*Id.* at PageID.113). The same day, photos were posted on social media along with the message: "As beneficiaries of this imperial system, our duty to Palestine is to damage, disrupt, and destroy the colonizers' operations *by any means necessary*. We call on revolutionaries across the world to take decisive, escalatory action to halt the war machine… Glory to our martyrs, power to our freedom fighters! Long live the Intifada!" (*Id.*)(emphasis added).



Korkaya also participated in three "autonomous actions" on the one-year anniversary of the October 7, 2023, Hamas terrorist attacks. Korkaya's conspirators researched the victims' information and drafted a demand letter to Victim 3. (*Id.* at PageID.119-20). In one version, they wrote: "Do not forget, [Victim 3]: You sleep because we let you." (*Id.* at PageID.120). In the first "action" in the middle of the night, Korkaya and his conspirators vandalized Victim 3's house by spray-painting inverted red triangles on the house, scattering nails in the driveway, and spray-painting messages on the house and side, including "DIVEST NOW." (*Id.* at PageID.123). They also vandalized Victim 4's home—the same victim that Korkaya and D-3 Paige Feyock discussed had to "die" and whose "entire family is now on my hit list." (*Id.* at PageID.127). As part of the vandalism, they spray-painted inverted red triangles on

5

his house as well as messages on his sidewalk and house like "INTIFADA" and "DIVEST NOW." (*Id.* at PageID.130-31). The conspirators left demand letters at the homes of Victim 3 and Victim 4. (*Id.* at PageID.123,131).

The same night, Korkaya and his co-defendants also vandalized the Jewish Federation of Metropolitan Detroit—a cornerstone of the Jewish community in the metro-Detroit area. (*Id.* at PageID.133). They spray-painted inverted red triangles on the sidewalk, building, and painted over surveillance cameras. (*Id.* at PageID.138). They also spray-painted messages like "INTIFADA" and "FUCK ISRAEL." (*Id.*). Below is a photo.



*"Intifada" and inverted red triangles spray-painted on the Jewish Federation Building on the one-year anniversary of the October 7, 2023, Hamas terrorist attacks in Israel*

After the "actions" on October 7, 2024, Korkaya drove back to Wisconsin. (*Id.* at PageID.132). He also warned D-5 Jonathan Zou to be "more secure" when contacting conspiracy members. (*Id.*).

Korkaya also travelled to Michigan to participate in a November 27, 2024, vandalism at Victim 5's home. Victim 5 is a University of Michigan Department of Public Safety Services (UMDPSS) officer (*Id.* at PageID.142-43). Before the "action," Korkaya discussed his research of UMDPSS officers with D-1 Zainab Hakim. (*Id.* at PageID.142-43). The conspirators spray-painted inverted red triangles on the garage and threw two clear mason jars containing, among other things, a noxious chemical. (*Id.* at PageID.144). One of the jars broke through a plate glass window and landed in Victim 5's home. (*Id.*). Three days later, there was a story posted on social media about the "action." (*Id.*). The story explained that "[Victim 5] has overseen the brutalization and arrests of people protesting the University of Michigan's funding of 'israel' and the companies that are profiting from the blood of Palestinians. We spray painted his garage with the words 'GAZA = [Victim 5's home country], FUCK 12, FUCK DPSS' and broke a window of [Victim 5's] house." (*Id.* at PageID.144-45). It ended with this threat: "We did this to remind those contributing to this genocide that so long as they continue doing so, *they are not safe.*" (*Id.* at PageID.145) (emphasis added).

7

When Korkaya was arrested on June 10, agents found a flag with a Hamas terrorist and a photo of a decapitated Israel Prime Minister Netanyahu with an inverted triangle on the Knesset building in Israel. Below are two photos.





## II.   Procedural background

On June 10, 2026, law enforcement arrested Korkaya in Milwaukee, Wisconsin, and he made his initial appearance the same day. The United States moved for detention and asked to continue the detention hearing to June 12, 2026. The Magistrate Judge denied the request and held a detention hearing the same day. The United States proffered Korkaya's messages about extreme violence, Korkaya's statement that he would not return to Michigan, his strong ties to foreign countries (including a Turkish passport), and his plans to travel to Brazil in June. *United States v. Korkaya*, Case No. 2:26-mj-413, ECF No. 3: 6/10/26 Minutes (E.D. Wis. June 10, 2026). The court noted that the messages were troubling but two years old and released Korkaya on bond with only one special condition: no contact with known or named victims or co-actors.  The court denied the government's request for travel restriction and location monitoring. *Id.*; *United States v. Korkaya*, Case No. 2:26-mj-413, ECF No. 5: Release Conditions (E.D. Wis. June 10, 2026).

## III.   Standard

Under § 3145, this Court reviews a magistrate judge's pretrial order *de novo.  See United States v. Yamini*, 91 F. Supp. 2d 1125, 1128-29 (S.D. Ohio Feb. 24, 2000) (collecting cases).

The United States moves for detention under § 3142(f)(2), because there is a serious risk that Korkaya will flee as well as a serious risk that he will obstruct justice or threaten, injure, or intimidate a prospective witness.  The Court must consider the

9

following factors: (1) the nature and circumstances of the offense; (2) the weight of the evidence as it relates to dangerousness and risk of flight; (3) the defendant's history and characteristics, and (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release. 18 U.S.C. § 3142(g). Because Korkaya is a danger to the community and a flight risk, the Court should order pretrial detention.

Korkaya is scheduled to appear on the indictment in the Eastern District of Michigan on June 15, 2026. Four days later, he intends to travel internationally. Accordingly, the United States respectfully requests that this Court schedule a hearing on the government's appeal on June 15, 2026, or before June 19, 2026. The United States will supplement this filing with a written proffer within 24 hours and will provide further argument during the detention hearing.

Respectfully Submitted,

JEROME F. GORGON JR.
United States Attorney

s/*Sarah Resnick Cohen*
SARAH RESNICK COHEN
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9637
E-mail: sarah.cohen@usdoj.gov
Mich. Bar No.: P51968

## Certificate of Service

I hereby certify that on June 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification to the attorney of record.