| | AUSA: | Margaret Smith | Telephone: (313) 226-9100 |
|---|---|---|---|
| | Special Agent: | Sean Lobar | Telephone: (313) 965-2323 |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

Mariam Muhammed Odeh

**Case Number: 26-20306**



F I L E D
JUN 1 0 2026
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Mariam Muhammed Odeh                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 371, 875(c) Conspiracy to Transmit Threats in Interstate and Foreign Commerce.

Date:        MAY 2 0 2026

City and state:  Detroit, MI

**Julie Owens, Deputy Clerk**

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)*  6/10/2026
at *(city and state)*  Canton, Michigan          .

Date:        6/10/2026

*Arresting officer's signature*

Elizabeth Warzel  DoI-OIG Special Agent
*Printed name and title*  FBI TFO

Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA

other agency arrest