| | AUSA: | Margaret Smith | Telephone: (313) 226-9100 |
|---|---|---|---|
| | Special Agent: | Sean Lobar | Telephone: (313) 965-2323 |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

Paige Elizabeth Feyock

**Case Number: 26-20306**



F I L E D
JUN 1 0 2026
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Paige Elizabeth Feyock ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 371, 875(c) Conspiracy to Transmit Threats in Interstate and Foreign Commerce.
18 U.S.C. §§ 1512(b)(3); (k) Witness Intimidation.

Date:    **MAY 2 0 2026**

_____
*Issuing officer's signature*

City and state:  Detroit, MI

**Julie Owens, Deputy Clerk**
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/20/2026 , and the person was arrested on *(date)* 6/10/2026
at *(city and state)* Canton, MI .

Date: 6/10/2026

_____
*Arresting officer's signature*

FBI SA Kaelyn Stafford
*Printed name and title*

Distribution:  Original Court – 1copy U.S. Marshal – 2 copies USA

Other agency arrest