| | AUSA: | Margaret Smith | Telephone: (313) 226-9100 |
|---|---|---|---|
| | Special Agent: | Sean Lobar | Telephone: (313) 965-2323 |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America

v.

Jonathan Hongru Zou

**Case Number: 26-20306**



F I L E D
JUN 1 0 2026
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jonathan Hongru Zou                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 371, 875(c) Conspiracy to Transmit Threats in Interstate and Foreign Commerce.

Date:     **MAY 2 0 2026**

_____
*Issuing officer's signature*

City and state:  Detroit, MI

**Julie Owens, Deputy Clerk**

---

**Return**

This warrant was received on *(date)* 6/5/2026 , and the person was arrested on *(date)* June 10, 2026
at *(city and state)* Ann Aapor, MI .

Date:  6/10/2026

_____
*Arresting officer's signature*

ANDREW J. MARAD, Special Agent
*Printed name and title*

Distribution:  Original Court – 1copy U.S. Marshal – 2 copies USA