| | AUSA: | Margaret Smith | Telephone: (313) 226-9100 |
|---|---|---|---|
| | Special Agent: | Sean Lobar | Telephone: (313) 965-2323 |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

Colin Hunter Weger

**Case Number: 26-20306**



F I L E D

JUN 1 0 2026

CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Colin Hunter Weger                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 371, 875(c) Conspiracy to Transmit Threats in Interstate and Foreign Commerce.

Date:     **MAY 2 0 2026**                          _____
                                                      Issuing officer's signature

City and state:  Detroit, MI                          Hon.    **Julie Owens, Deputy Clerk**  istrate Judge
                                                              Printed name and title

| Return |
|---|
| This warrant was received on (date) 05/20/2026 , and the person was arrested on (date) 06/10/2026 at (city and state) YPSILANTI, MI . |
| Date: 06/10/2026                   _____ <br> Arresting officer's signature <br> JACOB F. FREGO III  SPECIAL AGENT, FBI <br> Printed name and title |

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA

Arrest Location: 210 N Summit St, Ypsilanti, MI 48197