UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

        Case No. 26-CR-20306

   v.

        Hon. Judith E. Levy

Zainab Aliasgar Hakim, et al.,

       Defendant.

---

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

---

**To:** **Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

| *Add the following AUSA(s):* | *Terminate the following AUSA(s):* |
|---|---|
| Name: Robert Kuhn | Name: |
| Bar ID: P83821 | Telephone: |
| Telephone: (313) 226-9707 | |
| Email: Robert.Kuhn@usdoj.gov | |

JEROME F. GORGON JR.
United States Attorney

*s/Robert Kuhn*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Robert.Kuhn@usdoj.gov
(313) 226-9707
P83821

Dated: June 11, 2026