MIED (Rev. 05/04) Notice of Change of Assistant U.S. Attorney

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                                                  Case No. 26-cr-20306

v.                                                Hon. Judith E. Levy

D-4 AHMET KEREM KORKAYA, et al.

            Defendants.

---

## NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To:    Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

*Add the following AUSA(s):*

Name:       Sarah Resnick Cohen

Bar ID:      P51968

Telephone:   (313) 226-9637

Fax:          (313) 226-2311

Email:       Sarah.Cohen@usdoj.gov

*Terminate the following AUSA(s):*

Name:  _____

Telephone:  _____

                                    s/ Sarah Resnick Cohen
                                    Sarah Resnick Cohen
                                    Assistant United States
                                    211 W. Fort Street, Suite 2001
                                    Detroit, Michigan 48226
Dated: June 11, 2026               Phone: (313) 226-9737
                                    E-mail: Sarah.Cohen@usdoj.gov