(Rev. 12/1/2018)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Michigan

United States of America

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | Case No.  5:26-cr-20306 |
| v. | ) |  |
| Jonathan Hongru Zou | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jonathan Hongru Zou

Date: 6/11/2026

/s/ Arthur Jay Weiss    (P 25225)
*Attorney's printed name and bar number*

30445 Northwestern Highway Suite 225 Farmingtc
*Address*

arthurweiss@ajweisslaw.com
*E-mail address*

248-855-5888
*Telephone number*

248-855-5872
*FAX number*