UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 26-20306 |
| v. | Honorable Judith E. Levy<br>Honorable Anthony P. Patti |
| D-1 ZAINAB ALIASGAR HAKIM<br>   (a/k/a "Z")<br>D-3 PAIGE ELIZABETH FEYOCK<br>D-4 AHMET KEREM KORKAYA<br>D-5 JONATHAN HONGRU ZOU<br>D-8 COLIN HUNTER WEGER<br>   (a/k/a "Beams"), | |
| Defendants. | |

---

**Exhibit A – selected online postings of threats**

---

Count Two



Full text:

[V-2], [V-2] you can't hide, you are funding genocide.

The autonomous group that graffitied Zionist Regent [V-2]'s law firm last night released the following message:

In response to the ongoing destruction of Rafah and the continued strength of the Palestinian resistance, we beautified the front of the [V-2] Law Firm last night. [V-2] is a violently Zionist regent at the University of Michigan, which has $6 billion invested in firms that fund the "israeli" regime.

As Rafah burns, Regent [V-2] has mocked calls for divestment and ordered cops to pepper spray and brutalize protestors in an encampment raid. In response to protestors taping a note to his door, he said "There are lots of places in this country where showing up on someone's door in a menacing manner at that hour will get you shot." [V-2] and the other regents think they can shut us up with violent repression but we only come back stronger. Fuck the Zionist project and fuck the cops that protect it.

2

## Count Three



**Caption**   **User** unity_of_fields (62331150337) [Unity of Fields]

**Id** 18108385798364600

**Date Created** 2024-06-30 13:20:21 UTC

**Text** On June 30, an autonomous group targeted the world's 25th largest weapons manufacturer, Rolls-Royce and MTU America, headquartered in Novi, MI. MTU developed the MT883 engine, which powers israel's main battle tanks, and is the only major component of the Merkava tank that is made outside of israel. israel used this tank extensively in its 2006 invasion of Lebanon and its 2012, 2014, 2021, and 2023-2024 assaults on Gaza, including the attack on the Al-Shifa Hospital. These engines are also used for the Zionist entity's navy, powering around 80% of its boats. The tanks and boats used to destroy refugee camps, demolish homes and hospitals, and maintain the suffocating blockade on Gaza can only function with american manufacturing, labor, and financial support. As beneficiaries of this imperial system, our duty to Palestine is to damage, disrupt, and destroy the colonizers' operations by any means necessary. We call on revolutionaries across the world to take decisive, escalatory action to halt the war machine, from Cop City, to Weapons Corridor, to Silicon Valley. Glory to our martyrs, power to our freedom fighters! Long live the Intifada!

## Count Four



**Maersk Warehousing and Distribution Service Center Beautified**

Posted on 2024/07/09 by unsalted

In the early hours of July 8, Maersk's warehousing and distribution service center in romulus, mi was targeted by an autonomous group.The Maersk entrance was beautified with statements like "Fuck Maersk" and "Cut ties with genocide."This action was done in line with the Palestinian Youth Movement's Mask Off Maersk campaign, as Maersk plays a direct role in committing and continuing the genocide of the people of Palestine. In the last nine months, Maersk has transported hundreds of millions of dollars worth of weapons components to the top 5 weapons manufacturers in the US for assembly. Without Maersk those weapons would not reach israel.We demand that Maersk stops shipping weapons to the zionist entity, and that they cut ties with genocide. Until then, we will continue to escalate against all empires and those that fund and empower them. We encourage all those who read this to take action against the genocidal supply chain and against colonialism, in whatever form it may appear.

Originally published on https://www.instagram.com/p/C9KEbCSuf3E/

More images below the fold Continue reading →

Posted in Communiqués, Free Palestine, General Tagged Detroit, direct action, Free Palestine, repost, vandalism





Posted in Communiqués, Free Palestine, General Tagged Detroit, direct action, Free Palestine, repost, vandalism

Counts Five, Six, and Seven



**University of Michigan Admin Homes and Israel-Linked Businesses Redecorated on October 7th**

Posted on 2024/10/10 by unsalted

To mark one year of genocide against the Palestinian people, an autonomous group visited the homes of two University of Michigan leaders, President and Chief Investment Officer
        They also decorated the offices of the Jewish Federation of Detroit and the Michigan Israel Business Accelerator, organizations that are deeply entrenched in the apartheid state. From businesses to universities, we reject all financial support for the Israeli regime.

(photo of demand letter posted online not included here)

## Count Eight

**UMPD Officer's Home Redecorated**

Posted on 2024/11/30 by unsalted



Last night, we visited the home of          a Lieutenant of UMPD. Twenty five years ago,      : fled ethnic cleansing in          Today,          is part of the machine that perpetuates the genocide in Gaza. He has overseen the brutalization and arrests of people protesting the University of Michigan's funding of "israel" and the companies that are profiting from the blood of Palestinians.

We spray painted his garage with the words "GAZA =          FUCK12, FUCK DPSS" and broke a window of his house. We did this to remind those contributing to this genocide that so long as they continue doing so, they are not safe.

Fuck 12. Free Palestine

*Anonymous submission to Unsalted Counter Info.*

Posted in Communiqués, Free Palestine, General Tagged anti-imperialism, Free Palestine, Michigan, University of Michigan, vandalism

6