UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               Case No.: 26-20306

-v-                           Hon. Judith E. Levy

HAKIM, ET AL

        Defendants.

_____/

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:  Attorney Admission Clerk and All Other Parties**

Please take notice of the following changes of Assistant U.S. Attorneys of record for the above captioned case:

***Add the following AUSA:***

Name:     Matthew Roth
Bar ID:    P58549
Phone:   (313) 226-9186
Fax:      (313) 226-2372
Email:    Matthew.Roth2@usdoj.gov

 

s/ *Matthew Roth*
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9186
Email:  Matthew.Roth2@usdoj.gov

Dated: June 12, 2026