UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.

Ahmet Kerem Korkaya, et al.,

        Defendant(s),

Case No. 5:26–cr–20306–JEL–EAS
Hon. Judith E. Levy

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Ahmet Kerem Korkaya

The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- APPEAL OF BOND HEARING:  June 16, 2026 at 01:00 PM

**ADDITIONAL INFORMATION:**   Hearing on Government Appeal of Release Order (ECF No. 17)

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/W. Barkholz
Case Manager

Dated:  June 12, 2026