UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                   Cr. No. 26-20306-1

              Plaintiff,                  Judge: Judith E. Levy

v.

ZAINAB ALIASGAR HAKIM,

              Defendant.

_____/

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as Counsel in the case for ZAINAB ALIASGAR. HAKIM.

I certify that I am admitted to practice in the Court.

Respectfully Submitted,

FEDERALCOMMUNITY DEFENDER

s/Natasha Webster
Attorney for Defendant
613 Abbott Street, 5th Floor
Detroit, Michigan   48226
natasha_webster@fd.org

Date: June 12, 2026          (313) 967-5542