Case title: USA v. Sepulveda

Date Filed: 06/10/2026

Other court case number: 5:26−cr−20306 USDC Eastern District of Michigan, Southern

Date Terminated: 06/10/2026

Assigned to: Honorable Keri L. Holleb Hotaling

**Defendant (1)**

**Alexander Matthew Sepulveda**
*TERMINATED: 06/10/2026*

represented by **Jonathan M. Brayman**
Breen & Pugh
53 West Jackson Boulevard
Ste 1550
Chicago, IL 60604
312−360−1001
Fax: Active
Email: jbrayman@breenpughlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18:3146.F FAILURE TO APPEAR | |

**Plaintiff**

**USA**

represented by **Andres Q. Almendarez**
DOJ−Crm
Criminal Division/Fraud Section
211 West Fort Street
Detroit, MI 48226
202−258−7149
Fax: Not a member
Email: andres.almendarez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Assistant US Attorney*

**AUSA − Chicago**
United States Attorney's Office (NDIL − Chicago)
219 South Dearborn Street
Chicago, IL 60604
Fax: US Govt Attorney
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435−5793
Fax: Not a member
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2026 | | ARREST of defendant Alexander Matthew Sepulveda (cvk, ) (Entered: 06/12/2026) |
| 06/10/2026 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Keri L. Holleb Hotaling as to defendant Alexander Matthew Sepulveda (cvk, ) (Entered: 06/12/2026) |
| 06/10/2026 | 2 | ORDER as to Alexander Matthew Sepulveda: Removal proceedings held on 06/10/2026. Defendant appears in response to arrest on 06/10/2026. Attorney Jonathan M. Brayman appears as retained counsel for defendant. Defendant informed of his rights. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady vs. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Defendant, Alexander Matthew Sepulveda shall appear on his own accord to answer the pending charges in the Eastern District of Michigan on 06/15/2026 at 2:15 pm EST. The Government and defendant agree to certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. All pending matters in the Northern District of Illinois are hereby terminated. Signed by the Honorable Keri L. Holleb Hotaling on 6/10/2026. Mailed notice (cvk, ) (Entered: 06/12/2026) |
| 06/10/2026 | 3 | ATTORNEY Appearance for defendant Alexander Matthew Sepulveda by Jonathan M. Brayman (cvk, ) (Entered: 06/12/2026) |
| 06/10/2026 | 4 | ORDER Setting Conditions of Release as to Alexander Matthew Sepulveda in amount of $ 10,000, Unsecured Signed by the Honorable Keri L. Holleb Hotaling on 6/10/2026. Mailed notice (cvk, ) (Entered: 06/12/2026) |
| 06/10/2026 | 5 | APPEARANCE Bond as to Alexander Matthew Sepulveda in the amount of $10,000, unsecured (cvk, ) (Entered: 06/12/2026) |
| 06/10/2026 | 6 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Defendant Alexander Matthew Sepulveda committed to Eastern District of Michigan, Southern. Signed by the Honorable Keri L. Holleb Hotaling on 6/10/2026. Mailed notice (cvk, ) (Entered: 06/12/2026) |
| 06/12/2026 | 7 | CERTIFIED and Transmitted to USDC Eastern District of Michigan, Southern via email the complete record consisting of transmittal letter as to Alexander Matthew Sepulveda. (cvk, ) (Entered: 06/12/2026) |

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ C. KELLENS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 12, 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America

vs.

Alexander Matthew Sepulveda

No:  26 CR 286

Magistrate Judge Holleb Hotaling

## ORDER

Removal proceedings held on 06/10/2026. Defendant appears in response to arrest on 06/10/2026. Attorney Jonathan M. Brayman appears as retained counsel for defendant. Defendant informed of his rights. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady vs. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Defendant, Alexander Matthew Sepulveda shall appear on his own accord to answer the pending charges in the Eastern District of Michigan on 06/15/2026 at 2:15 pm EST. The Government and defendant agree to certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. All pending matters in the Northern District of Illinois are hereby terminated.

00:30

Date: 06/10/2026

Keri L. Holleb Hotaling
United States Magistrate Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ C. KELLENS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 12, 2026

AO 98 (Rev. 12/1 )

# UNITED STATES DISTRICT COURT

## for the

Northern District of Illinois

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 26 CR 286 |
| ALEXANDER MATTHEW SEPULVEDA | ) |
| Defendant | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, Alexander matthew Sepulveda (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;

( X ) if convicted, to surrender to serve a sentence that the court may impose; or

( ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ 10,100.00 .

( ) (3) This is a secured bond of $ _____ , secured by:

( ) (a) $ _____ , in cash deposited with the court.

( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property (*describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value*):

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ) (c) a bail bond with a solvent surety (*attach a copy of the bail bond, or describe it and identify the surety*):

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 6/10/2026

_____
Defendant's signature

_____  _____
Surety/property owner – printed name         Surety/property owner – signature and date

_____  _____
Surety/property owner – printed name         Surety/property owner – signature and date

_____  _____
Surety/property owner – printed name         Surety/property owner – signature and date

### CLERK OF COURT

Date: _____

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 6·10·2026

_____
Judge's signature

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

United States of America

v.

ALEXANDER MATTHEW SEPULVEDA

*Defendant*

    )     )     )     )     )     )

Case No. 26 CR 286

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: THE THEODORE LEVIN United STATES

*Place*

Courthouse at 231 W. Lafayette Blvd, Detroit, MI

on 6/15/2026 at 2:15PM (EASTERN)

*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

$10,000 unsecured bond

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ C. KELLENS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 12, 2026

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( [ ] ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
*Custodian*                              *Date*

( [✓] ) (7) The defendant must:
( [✓] ) (a) submit to supervision by and report for supervision to the *Pretrial Services of the Northern District of Illinois*
telephone number _____ , no later than _____ .
( [ ] ) (b) continue or actively seek employment.
( [ ] ) (c) continue or start an education program.
( [✓] ) (d) surrender any passport to: *Pretrial Services*
( [✓] ) (e) not obtain a passport or other international travel document.
( [✓] ) (f) abide by the following restrictions on personal association, residence, or travel: *Travel restricted to the States of Illinois and Michigan. for the purposes of attending Court.*
( [✓] ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: *Alleged victims, witnesses, ~~and co-conspirators~~.*

( [ ] ) (h) get medical or psychiatric treatment: _____

( [ ] ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( [ ] ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( [✓] ) (k) not possess a firearm, destructive device, or other weapon.
( [ ] ) (l) not use alcohol ( [ ] ) at all ( [ ] ) excessively.
( [ ] ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( [ ] ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( [ ] ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( [ ] ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    ( [ ] ) (i) **Curfew.** You are restricted to your residence every day ( [ ] ) from _____ to _____ , or ( [ ] ) as directed by the pretrial services office or supervising officer; or
    ( [ ] ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    ( [ ] ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
    ( [ ] ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
    **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
  ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
  ( ☐ ) (ii)  Voice Recognition; or
  ( ☐ ) (iii) Radio Frequency; or
  ( ☐ ) (iv)  GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Chicago, IL
_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __4·10·2024__

_____
Judicial Officer's Signature

Keri Holleb Hotaling        U.S. Magistrate Judge
_____
Printed name and title

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 26 CR 286 |
| Alexander Matthew Sepulveda | ) | |
| | ) | Charging District: Eastern District of Michigan |
| *Defendant* | ) | Charging District's Case No. 5:26-cr-20306 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Theodore Levin US Courthouse 231 W. Lafayette Blvd., Detroit, MI | Courtroom No.: |
|---|---|
| | Date and Time: 6/15/2026 2:15 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: _____06/10/2026_____

_____
*Judge's signature*

Keri L. Holleb Hotaling, U.S. Magistrate Judge
_____
*Printed name and title*

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ C. KELLENS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 12, 2026