UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Case No. 26-cr-20306

Hon. Judith E. Levy

v.

D-8 COLIN HUNTER WEGER,

Defendant.



FILED
JUN 1 2 2026
CLERK'S OFFICE
DETROIT

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, D-8 COLIN HUNTER WEGER, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count Three**
18 U.S.C. §§ 371; 875(c)
(conspiracy to transmit threats in interstate and foreign commerce)

- Up to 5 years' imprisonment
- Up to a $250,000 fine

1

## Count Four
18 U.S.C. §§ 371; 875(c)
(conspiracy to transmit threats in interstate and foreign commerce)

- Up to 5 years' imprisonment
- Up to a $250,000 fine

_6-12-26_

**D-8 COLIN HUNTER WEGER**
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am defendant's counsel and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Counsel for Defendant

Dated: 6\12\26

2