UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA                    CRIMINAL NO. 26-20306

v.                                          Honorable Judith E. Levy

D-4 AHMET KEREM KORKAYA,

     Defendant.

---

**United States' Withdrawal of its Appeal of Magistrate Judge Decision (ECF No. 17)**

---

The United States hereby withdraws its Appeal of the Magistrate Judge Decision (ECF No. 17).  The parties have resolved the bond issues.

Respectfully submitted,

JEROME F. GORGON JR.,
United States Attorney

s/Margaret M. Smith
Assistant United States Attorney
Sarah Resnick Cohen, AUSA
Robert Kuhn, AUSA
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone:  (313) 226-9135
E-Mail: margaret.smith@usdoj.gov
Bar No. P71413

Dated:  June 15, 2026

## Certificate of Service

I certify that on June 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Attorneys of record

s/*Margaret M. Smith*
Margaret M. Smith
Assistant U.S. Attorney
United States Attorney's Office