**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                     ) | |
|         Plaintiff,      ) | |
|                     ) | |
| v.                   ) | Case no. 5:26-cr-20306 |
|                     ) | Hon. Judith E. Levy |
| COLIN HUNTER WEGER, (D-8)   ) | |
|                     ) | |
|         Defendant.    ) | |

**STIPULATED ORDER FOR WITHDRAWAL AND SUBSTITUTION**
**OF COUNSEL FOR COLIN HUNTER WEGER**

The undersigned counsel for Defendant (8) Colin Weger stipulate to the withdrawal of attorney Jonathan M. Jones as counsel of record for him and the substitution in his place of attorneys Brad Thomson, Joshua G. Herman, and James Gerometta (as local counsel). The Court is further advised that Colin Weger has advised the undersigned counsel that he consents to this substitution. The Court is further advised that the government takes no position on the motion for substitution.

SO STIPULATED:

/s/ Jonathan M. Jones
JONATHAN M. JONES
32398 WOODWARD AVE.
ROYAL OAK, MI 48073
Tel: 248-310-3399
Fax: 248 397 866
jjonescrimlaw@comcast.net

/s/ Brad Thomson
People's Law Office
1180 N. Milwaukee

1

Chicago, IL 60642
Tel: 773-235-0070
brad@peopleslawoffice.com

/s/ Joshua G. Herman
Law Office of Joshua G. Herman
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
Tel: 312-909-0434
jherman@joshhermanlaw.com

/s/ James R. Gerometta
Mogill, Lemanski & Gerometta, PLLC
27 E. Flint St., 2nd Floor
Lake Orion, MI 48362
Tel: 313-530-9505
jgerometta@miethicslaw.com

Pursuant to the above stipulation of counsel, and the Court being fully advised,

IT IS HEREBY ORDERED that Jonathan M. Jones is withdrawn as counsel for Colin

Weger, and attorneys Brad Thomson, Joshua G. Herman, and James Gerometta (as

local counsel) are substituted in his place.

Date: July 22, 2026                              s/Judith E. Levy
                                                 JUDITH E. LEVY
                                                 United States District Judge

2