UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff | Honorable Judith E Levy

-vs-

D-5 JONATHAN HONGRU ZOU, | Case No 5:26-cr-20306

Defendant
______________________________________/

MOTION TO MODIFY CONDITIONS OF RELEASE

NOW COMES the Defendant, JONATHAN HONGRU ZOU, by his attorney, ARTHUR JAY WEISS, and pursuant to 18 USC § 3142 (c) (3), respectfully moves this Honorable Court to Modify his Conditions of Release, and in support thereof, says as follows:

1. The Defendant, JONATHAN HONGRU ZOU, is one (1) of eight (8) defendants charged in three (3) counts of a ten (10) count indictment with conspiracy to transmit threats in interstate and foreign commerce, 18 USC §§ 371; 875 (c) [ECF No 1 Page ID 91].

2. For the reasons set forth in the attached Memorandum in Support of Motion to Modify Conditions of Release, your Defendant respectfully prays this Honorable Court Modify his Conditions of Release.

3. This writer unsuccessfully sought concurrence from the government regarding the instant Motion.

WHEREFORE, the Defendant, JONATHAN HONGRU ZOU, respectfully prays this Honorable Court Modify his Conditions of Release.

/s/ Arthur Jay Weiss
ARTHUR JAY WEISS (P 25225)
Attorney for Defendant ZOU
30445 Northwestern Highway
Suite 225
Farmington Hills, Michigan 48334-3158
(248) 855-5888
arthurweiss@ajweisslaw.com

Dated: August 11, 2026.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff Honorable Judith E Levy

-vs-

D-5 JONATHAN HONGRU ZOU, Case No 5:26-cr-20306

Defendant
_______________________________________/

MEMORANDUM IN SUPPORT OF
MOTION TO MODIFY CONDITIONS OF RELEASE

I.

The Defendant, JONATHAN HONGRU ZOU, is one (1) of eight (8) defendants charged in three (3) counts of a ten (10) count indictment with conspiracy to transmit threats in interstate and foreign commerce, 18 USC §§ 371; 875 (c) [ECF No 1 Page ID 91].

At the conclusion of a lengthy detention hearing conducted in these promises on or about June 12, 2026, the Honorable Anthony P Patti, Magistrate Judge, entered an Order Setting Condition of Release [ECF No 80 Page ID 334].

Of current moment, is the release condition mandating "location monitoring program[]…Curfew" [ECF No 80 Page ID 336 ¶ (7) (u) (i) (1)], noting Pretrial Services had recommended release on "Stand Alone Monitoring."

In conversations with Mr David Clifford, Pretrial Services Officer, it is this writer's understanding the *originally* recommended "Stand Alone Monitoring" is sufficient to satisfy the criteria contained in 18 USC § 3142 (g), while streamlining electronic monitoring of Mr Zou for purposes of attending classes at the University of Michigan and employment.

Accordingly, this Motion was prepared and filed.

<u>II.</u>

18 USC § 3142 (c) (3) empowers this Court to "at any time amend the [release] order to impose additional or different condition of release," *see also, United States v Calvin*, 2021 WL 3847807 * 1 (D Nev 2021).

Consideration of the salient factors contained in 18 USC § 3142 (g) buttress the propriety of our request; *to wit*:

<u>nature and circumstances of offense charged, 18 USC § 3142 (g) (1)</u>

The indictment *alleges* your Defendant's *purported* conduct transpired between October 2023 and October 2024 [ECF No 1 Page ID 118 ¶ 41; Page ID 126 ¶ 46; and Page ID 134 ¶ 5].

It is this writer's recollection Magistrate Judge Patti, during one (1) of the multiple detention hearings conducted in this prosecution on or about June 12, 2026, adroitly observed—paraphrasing—whatever caused the conduct *alleged* in the indictment apparently *dissipated* long before the commencement of these proceedings.

weight of the evidence, 18 USC § 3142 (g) (2)

This factor pertains "to the *weight of the evidence of dangerousness*, not the weight of the evidence of the defendant's guilt," *United States v Stone,* 608 F 3d 939, 948 (6th Cir 2010) (emphasis added).

Inasmuch as it appears any *alleged* criminality *ceased* nearly two (2) years ago, the government cannot demonstrate a *reasonable* risk of *current or future* dangerousness.

Additionally, we respectfully note Mr Zou was subjected to a governmental search and seizure in April 2026 and never sought to flee; hence, there is no *reasonable* jeopardy of flight.

history and characteristics, 18 USC § 3142 (g) (3)

During the detention hearing conducted on or about June 12, 2026, evidence was elicited Jonathan is twenty-one (21) years of age, a citizen of the United States, a student at the University of Michigan with a brother whose permanent residency is also Ann Arbor, Michigan and has no criminal history.

He is in good physical health with no reported medical issues. Jonathan does not use drugs or alcohol and a pre-bail urinalysis was negative.

Jonathan has registered for fall classes at the University of Michigan. While his summer employment concluded, he anticipates securing additional employment during the upcoming academic year.

nature and seriousness of danger, 18 USC § 3142 (g) (4)

As previously discussed, any *alleged* criminality *ceased* nearly two (2) years ago and the government cannot demonstrate a *reasonable* risk of *current or future* dangerousness.

III.

The *only* bond modification we respectfully request pertains to the *type* of electronic monitoring, substituting "Stand Alone Monitoring" for "Curfew" [ECF No 80 Page ID 336 ¶ (7) (u) (i) (1)]. This will facilitate class attendance and employment while not *meaningfully* affecting the ability of Pretrial Services to appropriately monitor Mr Zou. In fact, Pretrial Services *supports* our request.

IV.

Accordingly, we respectfully submit the proposed modification is both reasonable and warranted under the circumstances attended hereto, *see e g, United States v Wright*, 2026 WL 1971289 ** 3-4 (ND Tex 2026); *United States v Buford,* 2024 WL 3262602 * 2 (ED Mich 2024).

RELIEF REQUESTED

WHEREFORE, the Defendant, JONATHAN HONGRU ZOU, respectfully prays this Honorable Court Modify his Conditions of Release.

Respectfully submitted,

/s/ Arthur Jay Weiss

ARTHUR JAY WEISS (P 25225)
Attorney for Defendant ZOU
30445 Northwestern Highway
Suite 225
Farmington Hills, Michigan 48334-3158
(248) 855-5888
arthurweiss@ajweisslaw.com

Dated: August 11, 2026.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff

Honorable Judith E Levy

-vs-

D-5 JONATHAN HONGRU ZOU,

Case No 5:26-cr-20306

Defendant

______________________________________/

CERTIFICATE OF SERVICE

ARTHUR JAY WEISS, counsel of record for JONATHAN HONGRU ZOU, a Defendant in the above-entitled matter, hereby Certifies that on the 11th day of August 2026 he served all counsel of record with a copy of Motion to Modify Conditions of Release, Memorandum in Support of Motion to Modify Conditions of Release and Certificate of Service relative to the above-entitled matter by electronic means.

/s/ Arthur Jay Weiss
ARTHUR JAY WEISS