**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAIGE ELIZABETH FEYOCK,

Defendant.
_____________________________/

Case no. 26-cr-20306-3

Hon. Judith E. Levy

**STIPULATION TO MODIFY CONDITIONS OF RELEASE**
**TO ALLOW OVERNIGHT TRAVEL FOR COURT**

NOW COME, the above-named parties, by and through their counsel, and stipulate and agree to allow Defendant Paige Feyock to travel to the Eastern District of Michigan on September 8, 2026 for the purpose of attending court the next day on September 9, 2026 and conferring with counsel and local counsel in Michigan prior to Court. Specifically, permission is sought to:

1) allow Ms. Feyock to leave her residence in Chicago no earlier than 11 a.m. (CST) on September 8, 2026;

2) return no later 9:30 p.m. (CST) on September 9, 2026;

3) suspend the condition of home confinement during that allotted period; and

4) maintain GPS stand-alone monitoring while away from her residence.

While in Eastern District of Michigan, Ms. Feyock will reside at a location verified by Pretrial Services. The Government and Pretrial Services have no objection to this request.

SO STIPULATED:

/s/ Molly Armour
Law Office of Molly Armour
53 W. Jackson Boulevard, Suite 1424

Chicago, IL 60604
773-746-4849
armourdefender@gmail.com
(Illinois Bar 6295792)

/s/ Sandford Plotkin
Sanford Plotkin PC
30445 Northwestern Hwy, Suite 225
Farmington Hills, MI 48334
248-798-5756
sanfordplotkin@gmail.com
(P38691)

/s/ Margaret Smith (w/consent)
MARGARET SMITH
U.S. Attorney's Office
211 W. Fort St. Suite 2001
Detroit, MI 48226 500
(313) 226-5892
Margaret.Smith@usdoj.gov

Dated: September 1, 2026

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAIGE ELIZABETH FEYOCK,

Defendant.

______________________/

Case no. 26-cr-20306

Hon. Judith E. Levy

**ORDER MODIFYING CONDITIONS OF RELEASE**
**TO ALLOW OVERNIGHT TRAVEL FOR COURT**

The Court has considered the parties' stipulation for Paige Feyock's travel. For the reasons described in the parties' stipulation, the Court grants Ms. Feyock permission to travel under the conditions outlined in the stipulation.

Date: September 8, 2026

s/Judith E. Levy
JUDITH E. LEVY
U.S. DISTRICT JUDGE