UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Colin Hunter Weger, et al.,

Defendant(s),

Case No. 5:26−cr−20306−JEL−EAS
Hon. Judith E. Levy

**NOTICE OF MOTION HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [173] MOTION to Modify Conditions of Pretrial Release as to Colin Hunter Weger. **Motion Hearing set for 10/20/2026 02:00 PM before District Judge Judith E. Levy** (WBar)

All of the aforementioned Defendants are required to appear at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/W. Barkholz
Case Manager

Dated: September 24, 2026