UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Case No. 26-20306

Hon. Judith E. Levy

v.

D-1 ZAINAB ALIASGAR HAKIM
(a/k/a "Z")
D-2 AMATULLAH ALIASGAR HAKIM
(a/k/a "A")
D-3 PAIGE ELIZABETH FEYOCK
D-4 AHMET KEREM KORKAYA
(a/k/a "Met")
D-5 JONATHAN HONGRU ZOU
D-6 ALEXANDER MATTHEW SEPULVEDA
D-7 MARIAM MUHAMMED ODEH
D-8 COLIN HUNTER WEGER
(a/k/a "Beams")

Defendants.

---

**United States' Motion to Extend the Deadline to Submit a Draft of the Court's Protective Order**

---

The United States of America moves for this Court for an extension of the deadline to submit a draft of the Court's protective order to the Court. In support of this motion, the government states the following:

1. On September 9, 2026, the Court heard oral arguments on the government's motion for a protective order, ECF No. 118. On the record, the Court issued its decision granting in part and denying in part the government's motion. Minute Entry 09/09/2026; ECF No. 165 (transcript). The Court directed the parties to meet and confer and submit the text of the Court's protective order to the Court by 5:00 p.m. on September 30, 2026.

2. On September 16, 2026, the government transmitted a draft of the Court's protective order to the defense. On September 29, 2026, the defense sent back responses to the government's draft.

3. Additional time is required to allow the government to review the defense responses, meet and confer with the defense, and seek to resolve remaining areas of disagreement regarding the Court's protective order. An extension of time will allow the parties the opportunity to attempt to resolve outstanding issues and avoid additional litigation.

4. If, upon further consultation and conferral, the parties cannot reach a resolution on the Court's protective order, additional briefing and a hearing may be required.

5. The Court has extensive authority to extend deadlines and manage its docket. Fed. R. Crim. P. 45(b)(1)(A); *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) (explaining that "district courts have the inherent authority to manage their dockets"); *ACLU v. McCreary County*, 607 F.3d 439, 451 (6th Cir. 2010).

6. The government requests an extension of seven days to submit a draft of the Court's protective order, or until October 7, 2026. If, by the end of the day on October 7, 2026, the parties have outstanding disagreements regarding the Court's order, the parties will notify the Court. In that circumstance, additional briefing and a hearing on the outstanding disagreements may be required.

7. Pursuant to Local Rule 7.1, attorneys for the government have communicated and discussed the need for an extension to submit a draft of the Court's protective order to the Court. The defense concurs that an extension is warranted.

Accordingly, the government respectfully requests this Court to grant the government's motion and extend the deadline to submit a draft of the Court's protective order to October 7, 2026.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

/s/ *Robert M. Kuhn*

Robert M. Kuhn
Margaret M. Smith
Assistant U.S. Attorneys
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9100
robert.kuhn@usdoj.gov

Dated: September 30, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, the foregoing document was electronically filled by an employee of the United States Attorney's Office with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

/s/ *Robert M. Kuhn*
Assistant U.S. Attorney
U.S. Attorney's Office