UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

Case No: 26-cr-20306

v.

Hakim et al,

Defendants.

---

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

***Terminate the following AUSA(s):***

Name: Sarah Resnick Cohen
Telephone: 313-226-9637

JEROME GORGON JR.
United States Attorney

*s/Sarah Resnick Cohen*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
sarah.cohen@usdoj.gov
(313) 226-9637
P51968

Dated: October 6, 2026