UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

Case No: 26-CR-20306

Hon. Judith E. Levy

v.

Zainab Aliasgar Hakim, et al,

Defendants.

---

**NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY**

---

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

***Add the following AUSA(s):***

Name:
Bar ID:
Telephone:
Fax:
Email:

***Terminate the following AUSA(s):***

Name: Matthew Roth
Telephone: (313) 226-9186

JEROME F. GORGON JR.
United States Attorney

*s/ Matthew Roth*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Matthew.Roth@usdoj.gov
(313) 226-9186
P58549

Dated: October 6, 2026