UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff — Honorable Judith E Levy

-vs-

D-5 JONATHAN HONGRU ZOU, — Case No 5:26-cr-20306

Defendant

_______________________________________/

INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit "A" | Email dated August 31, 2026, at 2:29 pm |
| Exhibit "B" | Email dated August 31, 2026, at 2:53 pm |
| Exhibit "C" | Email dated August 31, 2026, at 3:00 pm |