UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff — Honorable Judith E Levy

-vs-

D-5 JONATHAN HONGRU ZOU, — Case No 5:26-cr-20306

Defendant
_______________________________________/

EXHIBIT "A" TO
REPLY TO UNITED STATES' RESPONSE

**From:** Smith, Margaret (USAMIE) <Margaret.Smith@usdoj.gov>
**Sent:** Monday, August 31, 2026 2:29 PM
**To:** Amanda_Bashi@fd.org; Arthur Weiss <arthurweiss@ajweisslaw.com>; Brad Thomson <brad@peopleslawoffice.com>; Ebony Ellis <ebony.ellis@acrawfordlaw.com>; James Thomas (jthomas@orlaw.com) <jthomas@orlaw.com>; jamil@khujalaw.com; JGerometta@miethicslaw.com; Josh Herman <jherman@joshhermanlaw.com>; mike@thenorthcoastlegal.com; Molly Armour <armourdefender@gmail.com>; Natasha Webster (Natasha_Webster@fd.org) <Natasha_Webster@fd.org>; sanfordplotkin@gmail.com; Sara Garber <sara_garber@fd.org>; wwswor@wwnet.net
**Cc:** Kuhn, Robert (USAMIE) <Robert.Kuhn@usdoj.gov>
**Subject:** attorney-client check

Good afternoon,

We recognize there are a number of civil lawsuits pending that involve the indicted defendants and their affiliated organizations. To that end, we want to ensure we have a complete list of attorney-client relationships for the time frame of October 2023 – present.

We have a filter team in place, but if we don't have the identification information for a particular attorney and his/her client, we cannot effectively filter any potential atty/client materials. This includes any screen names used in applications like Signal and Whatsapp.

Please advise – including negative responses – by Friday, September 11, 2026. If you need more time, please reach out.

---

Thanks,
Maggie Smith
Assistant United States Attorney
Eastern District of Michigan
U.S. Department of Justice
margaret.smith@usdoj.gov
(o) 313.226.9135

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff

Honorable Judith E Levy

-vs-

D-5 JONATHAN HONGRU ZOU,

Case No 5:26-cr-20306

Defendant

_______________________________________/

EXHIBIT "B" TO
REPLY TO UNITED STATES' RESPONSE

Outlook

## RE: attorney-client check

**From** Arthur Weiss <arthurweiss@ajweisslaw.com>

**Date** Mon 8/31/2026 2:53 PM

**To** Smith, Margaret (USAMIE) <Margaret.Smith@usdoj.gov>; Amanda_Bashi@fd.org <amanda_bashi@fd.org>; Brad Thomson <brad@peopleslawoffice.com>; Ebony Ellis <ebony.ellis@acrawfordlaw.com>; James Thomas (jthomas@orlaw.com) <jthomas@orlaw.com>; jamil@khujalaw.com <jamil@khujalaw.com>; JGerometta@miethicslaw.com <JGerometta@miethicslaw.com>; Josh Herman <jherman@joshhermanlaw.com>; mike@thenorthcoastlegal.com <mike@thenorthcoastlegal.com>; Molly Armour <armourdefender@gmail.com>; Natasha Webster (Natasha_Webster@fd.org) <Natasha_Webster@fd.org>; sanfordplotkin@gmail.com <sanfordplotkin@gmail.com>; Sara Garber <sara_garber@fd.org>; wwswor@wwnet.net <wwswor@wwnet.net>

**Cc** Kuhn, Robert (USAMIE) <Robert.Kuhn@usdoj.gov>; Tracie Moy <admin@ajweisslaw.com>

Maggie,

Thank you for your inquiry. Without designating the identities of the civil attorneys the government possesses, we are unable to indicate whether your list is accurate and exhaustive.

Also, if the government intends to utilize a taint team comprised of federal employees, I respectfully object. Under the circumstances, I believe the Court should appoint the members of the taint team.

Kindly review and advise,

Thank you,

*Art*

Arthur Jay Weiss & Associates, P.C.
30445 Northwestern Highway, Suite 225
Farmington Hills Michigan 48334-3158
(248) 855-5888
FAX (248) 855-5872

CONFIDENTIALITY NOTICE:

This email is covered under the Electronic Communications Privacy Act USC § 2510-2521 and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient, but do not wish to receive communication through this medium, please so advise the sender immediately. If you did not receive any intended document, please contact the sender immediately to receive an electronic or physical copy of this document.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff                    Honorable Judith E Levy

-vs-

D-5 JONATHAN HONGRU ZOU,                    Case No 5:26-cr-20306

Defendant
_______________________________________/

EXHIBIT "C" TO
REPLY TO UNITED STATES' RESPONSE

Outlook

## RE: attorney-client check

**From** Smith, Margaret (USAMIE) <Margaret.Smith@usdoj.gov>

**Date** Mon 8/31/2026 3:00 PM

**To** Arthur Weiss <arthurweiss@ajweisslaw.com>; Amanda_Bashi@fd.org <amanda_bashi@fd.org>; Brad Thomson <brad@peopleslawoffice.com>; Ebony Ellis <ebony.ellis@acrawfordlaw.com>; James Thomas (jthomas@orlaw.com) <jthomas@orlaw.com>; jamil@khujalaw.com <jamil@khujalaw.com>; JGerometta@miethicslaw.com <JGerometta@miethicslaw.com>; Josh Herman <jherman@joshhermanlaw.com>; mike@thenorthcoastlegal.com <mike@thenorthcoastlegal.com>; Molly Armour <armourdefender@gmail.com>; Natasha Webster (Natasha_Webster@fd.org) <Natasha_Webster@fd.org>; sanfordplotkin@gmail.com <sanfordplotkin@gmail.com>; Sara Garber <sara_garber@fd.org>; wwswor@wwnet.net <wwswor@wwnet.net>

**Cc** Kuhn, Robert (USAMIE) <Robert.Kuhn@usdoj.gov>; Tracie Moy <admin@ajweisslaw.com>

Thanks for your note, Art. I think it would be more comprehensive for you to provide me a list of who your client has retained as counsel.
What I have as of right now are the listed CAIR and Sugar Law lawyers for some of the indicted defendants. That's all I have obtained by searching each D's name in Courtlinks in EDMI. We would have no idea whether the defendants retained private counsel for other matters or matters in state court, or any other administrative matter.
We usually get notification pretty quickly from defense attorneys, which is why I finally reached out to you after no one alerted us to the possibility that the electronics might have data on it that needs to be filtered.
As for non-governmental taint team, I've never heard of that. I don't know, logistically, any entity that has the software to filter out information in a cellebrite, Oxygen, or Axiom report. Our FBI utilizes non-team members to perform the filters, which is standard practice. We would object in any event to using someone other than FBI.
Thanks,
Maggie

Maggie Smith
Assistant United States Attorney
Eastern District of Michigan
U.S. Department of Justice
margaret.smith@usdoj.gov
(o) 313.226.9135