UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Case No. 5:26−cr−20306−JEL−EAS
Hon. Judith E. Levy

Zainab Aliasgar Hakim, et al.,

Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing as to Defendants Zainab Aliasgar Hakim, Amatullah Aliasgar Hakim, Paige Elizabeth Feyock, Ahmet Kerem Korkaya, Jonathan Hongru Zou, Alexander Matthew Sepulveda, Mariam Muhammed Odeh, Colin Hunter Weger re [171] [178] MO TION for Appointment of Master to Review Electronic Devices. (WBar)

All of the aforementioned Defendants are required to appear at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/W. Barkholz
Case Manager

Dated: October 6, 2026