AMERICAN CULTURE

Dr. Yarden Azoulay Katz
Assistant Professor
3700 Haven Hall
Department of American Culture
University of Michigan, Ann Arbor
yarden@umich.edu

TO: The Honorable Judith E. Levy
Judge, United States District Court
Eastern District of Michigan Southern Division
200 E. Liberty Street
Ann Arbor, Michigan

RE: Ahmet Kerem Korkaya
Case No. 26-20306

FROM: Yarden Azoulay Katz, PhD
Assistant Professor
Department of American Culture and Digital Studies Institute, University of Michigan

Dear Honorable Judge Judith E. Levy,

I am writing to you regarding Ahmet Kerem Korkaya.

I am a professor at the University of Michigan, Ann Arbor, where I have been teaching undergraduate and graduate students since 2021. I completed my PhD in Brain and Cognitive Sciences at MIT and my postdoctoral training in Systems Biology at Harvard Medical School.

Mr. Korkaya is deeply committed to medicine and biomedical research for the benefit of all of humanity. He decided to pursue an MD-PhD – a highly competitive and rigorous path combining medical training with cutting-edge research – after witnessing the suffering of cancer patients, especially children. He has volunteered at Children's Hospital in Georgia as well as at the Make-A-Wish Georgia foundation; a testament to his dedication. Mr. Korkaya is also himself a childhood cancer survivor.

Despite being so early in his career, Mr. Korkaya already has an impressive research record, including a publication in the respected journal *Innate Immunity* on the connections between the immune system and tumor growth – a research area with great therapeutic promise for patients.

In my interactions with Mr. Korkaya, I have found him to be a kind, gentle, and compassionate person who does not pose a risk to any person or community. He is also a highly effective communicator, as necessary for his current job as a fifth-grade science and math teacher and for his upcoming role as a boys' soccer coach at the Salam School in Milwaukee, WI.

To effectively carry out his job as a teacher and coach, Mr. Korkaya would need to have his curfew and GPS ankle monitor removed. As a newlywed person with close family, friends, and a supportive community in the Milwaukee area, Mr. Korkaya is not at risk of flight. Succeeding in his current jobs would hopefully enable Mr. Korkaya to return to his MD-PhD program in the future and become a clinician-scientist whose work could benefit everyone's health.

Please do not hesitate to contact me if you need additional information.

Sincerely,

Yarden Azoulay Katz