ROMANCE LANGUAGES AND LITERATURES
UNIVERSITY OF MICHIGAN

TO: The Honorable Judith E. Levy Judge, United States District Court
Eastern District of Michigan Southern Division
200 E. Liberty Street, Ann Arbor, Michigan

RE: Ahmet Kerem Korkaya
Case No. 26-20306

FROM: Adi Saleem
Assistant Professor
Department of Romance Languages and Literatures
Frankel Center for Judaic Studies
University of Michigan

Dear Honorable Judge Judith E. Levy,

I am writing in support of Ahmet Korkaya and his request to remove his GPS tether and his curfew.

Mr. Korkaya has successfully gained employment as a fifth-grade science and math teacher and as a soccer coach for fifth and sixth grade boys at a school in Milwaukee, WI. His current curfew hours do, however, pose an issue with the terms of his employment since the school he works for requires him to be available at least between 6:30 am and 4:30 pm on weekdays. Additionally, wearing a GPS tether would significantly impair his ability to effectively coach soccer and engage safely in common movements in soccer.

Mr. Korkaya has spent much of his adult life studying, teaching, and volunteering. He already holds multiple degrees and is pursuing an MD/PhD. In this time, he has gained an impressive research track record and, even more commendably, has spent years dedicating himself to volunteering for a range of socially beneficial causes in the community.

Mr. Korkaya has been transparent with his employers and others about his responsibilities related to his case. He has made no attempt to flee at any point, he has upheld all his bond conditions, and the most recently dated count of conspiracy that he is charged with is dated around November 30, 2024, which is 21 months ago.

Thank you for reading this letter of support and for considering Mr. Korkaya's request.

Sincerely,

Adi Saleem

4108 Modern Languages Building
812 East Washington St., Ann Arbor, MI 48109-1275
T: 734 764-5344 F: 734 764-8163
lsa.umich.edu/rll

Please recycle