UNIVERSITY OF MICHIGAN
MEDICAL SCHOOL
MICHIGAN MEDICINE

**Emad Abou-Arab, MD FAAFP**

*Clinical Assistant Professor*

**Department of Family Medicine**
1301 Catherine Street
Medical Science I, Suite 5B800
Ann Arbor, Michigan 48109
734.615.2688 Telephone
734.615.2687 Fax

TO: The Honorable Judith E. Levy
Judge, United States District Court
Eastern District of Michigan Southern Division
200 E. Liberty Street Ann Arbor, Michigan

RE: Ahmet Kerem Korkaya
Case No. 26-20306

FROM: Emad Abou-Arab, MD FAAFP
Clinical Assistant Professor, Assistant Chair
Department of Family Medicine, University of Michigan Medical School.

Dear Honorable Judge Judith E. Levy,

I am writing this is in support of Ahmet Korkaya and for a request to remove tether and curfew.

I am a Clinical Assistant Professor and Assistant Chair in the Department of Family Medicine at the University of Michigan Medical School. I serve as the Co-Director for the Health Policy and Economics Path of Excellence as well as serve on advisory committees in the Faculty Senate.

Through my work as a medical educator and community organizer, I've known Mr. Korkaya, (Ahmet) for a few years now. He has an impeccable record prior to his case, his education background as a MD/PhD student sets him apart, as well. I believe he has been transparent with all responsibilities regarding his case. I have worked with hundreds of medical students in my career, Ahmet, like many others, has an unbelievable commitment to his work. He has devoted his entire adult life to advancing his career in medicine and research. He has an excellent academic record.

Despite the pending case, Ahmet was able to secure employment. For the past two weeks, he has worked as a fifth-grade math and science teacher at a K-12 school in Milwaukee, where he was previously completing his medical degree. I believe that Ahmet has been transparent with all responsibilities regarding his case, but for him to be able to carry out the important

UNIVERSITY OF MICHIGAN
MEDICAL SCHOOL
MICHIGAN MEDICINE

**Emad Abou-Arab, MD FAAFP**

*Clinical Assistant Professor*

**Department of Family Medicine**
1301 Catherine Street
Medical Science I, Suite 5B800
Ann Arbor, Michigan 48109
734.615.2688 Telephone
734.615.2687 Fax

responsibilities his new teaching position entails, he would need to be more available and less restricted.

He needs to be available from at least 6:30 am to 4:30 pm on weekdays, and potentially after school and weekends for tutoring, club activities and coaching the boys' soccer team as well.

When considering the personal, academic and social record, I have no concern that Ahmet poses any potential risk to the community, students he is teaching nor does he pose any flight risk during or after this pending case. For this reason, I also believe that the request for removal of the tether he is bound to is warranted.

Thank you for considering this request as this will be a great benefit for his students.

Sincerely,

Emad Abou-Arab, MD FAAFP
Clinical Assistant Professor, Assistant Chair
Department of Family Medicine, University of Michigan Medical School