UNIVERSITY of WISCONSIN
UWMILWAUKEE | Joseph J. Zilber College of Public Health

Lorraine Halinka Malcoe, MPH, PhD
Emeritus Professor of Epidemiology
Joseph J Zilber College of Public Health
University of Wisconsin-Milwaukee
c: (505) 220-1686
Lhmuwm@gmail.com

September 16, 2026

The Honorable Judith E. Levy
United States District Court
Eastern District of Michigan Southern Division
200 E. Liberty Street
Ann Arbor, Michigan, 48104

**Re:** Ahmet Kerem Korkaya, **Case No. 26-20306**

Dear Judge Levy:

I am a senior colleague of Mr. Ahmet Korkaya. I retired in May from the University of Wisconsin-Milwaukee, where I was a Professor of Epidemiology and Director of Public Health undergraduate programs. I am writing to provide the court with information regarding Mr. Korkaya that supports his request to remove his ankle monitor.

Prior to this matter, Mr. Korkaya was enrolled in the Medical Scientist Training Program (MSTP) at the Medical College of Wisconsin, an 8-year joint MD/PhD program that provides full funding from the National Institutes of Health. He was one of nine students admitted in June 2024; MSTP programs typically receive several hundred applicants per year. After completing the first 1.5 years of his medical education, Mr. Korkaya was invited to join Dr. Ojesina's lab in February 2026. Mr. Korkaya's doctoral lab research involves genomic analyses and experiments to investigate host-microbe interactions in cervical cancer, with the goal of improving its prevention and treatment. His pursuit of the MD/PhD reflects a long-term commitment to becoming a physician-scientist and to the Milwaukee community.

UNIVERSITY of WISCONSIN
UWMILWAUKEE | Joseph J. Zilber College of Public Health

In addition to his academic work, Mr. Korkaya has been teaching and mentoring students for over 10 years. During his Master of Science training in Cell and Molecular Biology at Augusta University, he taught the fundamentals of biology to multiple sections of 20 students each. He was also a math and sciences instructor for four years at Sylvan Learning. His volunteer work includes teaching refugee children in Michigan, serving as a Pediatric Inpatient Volunteer Liaison at Children's Hospital of Georgia, and serving as a wish-grantor and translator/interpreter with Make-A-Wish Georgia. Mr. Korkaya is himself a childhood cancer survivor, a connection that has shaped his work with children.

Due to the case before the court, Mr. Korkaya was required to find new employment. He was hired as a 5th grade teacher at Salam School in Milwaukee, where he also serves as a prayer leader for over 120 students daily. Mr. Korkaya was most recently hired as the soccer coach for the 5th and 6th grade boys at Salam School, which requires him to be physically active on the field with the students. All of these roles require Mr. Korkaya to be present, visible, and in regular contact with children. The ankle tether interferes daily with his ability to perform these duties.

I am available to answer any questions the Court may have.

Respectfully,

Lorraine Halinka Malcoe

Lorraine Halinka Malcoe, MPH, PhD
Emeritus Professor of Epidemiology