UNIVERSITY of WISCONSIN
UWMILWAUKEE

College of Letters & Science
*Department of History*

Holton Hall
P.O. Box 413
Milwaukee, WI
53201-0413
414 229-4361 phone
414 229-2435 fax
www.uwm.edu/Dept/History/

TO: The Honorable Judith E. Levy
Judge, United States District Court
Eastern District of Michigan Southern Division
200 E. Liberty Street Ann Arbor, Michigan

RE: Ahmet Kerem Korkaya
Case No. 26-20306

FROM: Dr.Rachel Ida Buff
Professor, History Department
University of Wisconsin-Milwaukee

Dear Honorable Judge Judith E. Levy,

I am writing this letter in support of Ahmet Korkaya and his request to remove the tether and curfew currently imposed on him. I hope you will be able to lighten the load this estimable young man is carrying so that he may continue to contribute to the community.

An immigration historian, I write about the history of immigrant rights, detention, and deportation in the United States. At the University of Wisconsin-Milwaukee, I teach classes on these topics as well as service classes such as US and world history surveys. I have published three books and numerous articles, both academic and public facing, as well as editing an anthology on this topic.

As a Jewish resident of Milwaukee, I have long done interfaith work with the Muslim leaders of the Islamic Society of Milwaukee (ISM) and Salam School. I know the leaders of this community to be committed educators who would only hire Ahmet as teacher and prayer leader if they believed him to be trustworthy.

I have met and spoken to Ahmet and been very impressed with his dedication to his students at Salaam school. A scientist and a cancer survivor, he has made the transition imposed on him very

well, planning classes and science experiments for his 120 fifth graders. Ahmet is precisely the kind of citizen that Milwaukee needs.

Ahmet's request to be released from his ankle bracelet and curfew seems most appropriate. He cannot perform the duties of his teaching position with these restraints operative.

I appreciate your time and work on this case. Please feel free to reach out to me if I can be of any further assistance.

Sincerely yours,

Rachel Ida Buff