**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States of America,

Plaintiff,

v.

Colin Hunter Weger,

Defendant.

______________________________/

Case No. 26-cr-20306-08

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

**ORDER GRANTING DEFENDANT COLIN HUNTER WEGER'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE [173]**

Before the Court is Defendant Colin Hunter Weger's motion to modify conditions of pretrial release. (ECF No. 173.) On October 20, 2026, the Court held a hearing and heard oral argument on Defendant's motion. For the reasons set forth on the record, Defendant's motion is GRANTED.

IT IS SO ORDERED.

Dated: October 20, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 20, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager