MIED (Rev. 09/14) Order Reinstating and Continuing Bond

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

FILED
OCT 20 2026
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

United States of America
v.
Weger, Colin Hunter
*Defendant*

Case No. 26-20306

**ORDER REINSTATING AND CONTINUING BOND**

IT IS ORDERED that the bond earlier furnished in Criminal No. 26-20306 is hereby reinstated and bond is continued in the amount of:

- [x] Unsecured/Personal Bond $10,000.00
- [ ] Cash/Surety
- [ ] 10% Cash Bond
- [ ] Personal Recognizance
- [x] The special conditions of the original bond shall remain in effect.
- [x] The original special conditions of the bond are modified as follows:

-Remove Home Curfew and placed on Stand Alone Monitoring. You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
-Remove ED/MI Travel Restriction and changed to State of Michigan Travel Restriction

I acknowledge that I am the defendant in this case and that I am aware of the original/modified conditions of release.

Colin Weger
*Defendant*

Judith E. Levy
*Judge's Signature*

Judith E. Levy, U.S. District Judge
*Printed Name and Title*

Dated: October 20, 2026