UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case No. 26-20306

Plaintiff,

Hon. Judith E. Levy

v.

D-1 ZAINAB ALIASGAR HAKIM
(a/k/a "Z")
D-2 AMATULLAH ALIASGAR HAKIM
(a/k/a "A")
D-3 PAIGE ELIZABETH FEYOCK
D-4 AHMET KEREM KORKAYA
(a/k/a "Met")
D-5 JONATHAN HONGRU ZOU
D-6 ALEXANDER MATTHEW SEPULVEDA
D-7 MARIAM MUHAMMED ODEH
D-8 COLIN HUNTER WEGER
(a/k/a "Beams")

Defendants.

_______________/

**STIPULATION FOR A BRIEFING SCHEDULE ON THE LANGUAGE OF THE COURT'S PROTECTIVE ORDER**

By and through their respective counsel, **THE PARTIES STIPULATE** and agree that a briefing schedule on the language of the

Court's protective order is required. The parties stipulate to the following:

1. On August 10, 2026, the government filed a motion for a protective order. ECF No. 118. After full briefing on the matter, ECF Nos. 143, 144, 146, the Court held a hearing on the motion on September 9, 2026.

2. On record at the September 9, 2026, hearing, the Court issued its decision granting in part and denying in part the government's motion. Minute Entry 09/09/2026; ECF No. 165 (transcript). The Court directed the parties to meet and confer in order to submit the text of the Court's protective order to the Court by 5:00 p.m. on September 30, 2026.

3. On September 30, 2026, the government filed a motion for extension of time to meet and confer with the defense, ECF No. 177, which the Court granted. Minute Entry 10/02/2026.

4. On October 5, 2026, the parties informed the Court that they were unable to reach an agreement on the text of the Court's protective order.

5. The parties agree that outstanding disagreements on the text of the protective order should be resolved by the Court, and the parties agree that a briefing schedule is required.

6. The parties agree to the following briefing schedule:

   a. Parties must file briefs by October 28, 2026.

   b. Parties must file briefs that respond to the brief of an opposing party by November 11, 2026.

7. The briefs and response briefs must comply with U.S. Eastern District of Michigan Local Rules, including Local Rule 7.1(d)(3)(A).

**IT IS SO STIPULATED.**

**FOR THE UNITED STATES:**

JEROME F. GORGON JR.
United States Attorney

*/s/ Robert M. Kuhn*
Robert M. Kuhn
Assistant United States Attorney
Robert.kuhn@usdoj.gov

**FOR THE DEFENDANTS:**

*/s/ Amanda N. Bashi (with consent)*
Amanda N. Bashi
Counsel for D-1 Zainab Hakim
amanda_bashi@fd.org

*/s/ William W. Swor (with consent)*
William W. Swor
Counsel for D-2 Amatullah Hakim
wwswor@wwnet.net

*/s/ Molly Armour (with consent)*
Molly Armour
Counsel for D-3 Paige Feyock
armourdefender@gmail.com

*/s/ Jamil K. Khuja (with consent)*
Jamil K. Khuja
Counsel for D-4 Ahmet Korkaya
khujalaw@gmail.com

*/s/ Arthur J. Weiss (with consent)*
Arthur J. Weiss
Counsel for D-5 Jonathan Zou
arthurweiss@ajweisslaw.com

*/s/ Ebony L. Ellis (with consent)*
Ebony L. Ellis
Counsel for D-6 Alexander Sepulveda
ebony.ellis@acrawfordlaw.com

*/s/ James C. Thomas (with consent)*
James C. Thomas
Counsel for D-7 Mariam Odeh
jthomas@orlaw.com

*/s/ Joshua G. Herman (with consent)*
Jashua G. Herman
Counsel for D-8 Colin Weger
jherman@joshhermanlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case No. 26-20306

Plaintiff,

Hon. Judith E. Levy

v.

D-1 ZAINAB ALIASGAR HAKIM
(a/k/a "Z")
D-2 AMATULLAH ALIASGAR HAKIM
(a/k/a "A")
D-3 PAIGE ELIZABETH FEYOCK
D-4 AHMET KEREM KORKAYA
(a/k/a "Met")
D-5 JONATHAN HONGRU ZOU
D-6 ALEXANDER MATTHEW SEPULVEDA
D-7 MARIAM MUHAMMED ODEH
D-8 COLIN HUNTER WEGER
(a/k/a "Beams")

Defendants.

________________/

**ORDER SETTING BRIEFING SCHEDULE ON THE LANGUAGE OF THE COURT'S PROTECTIVE ORDER**

On September 9, 2026, the Court heard oral arguments on the government's motion for a protective order, ECF No. 118. On the record, the Court issued its decision granting in part and denying in part the

government's motion. Minute Entry 09/09/2026; ECF No. 165 (transcript). The Court directed the parties to meet and confer and submit draft language of the Court's protective order. The parties informed the Court that they were unable to reach an agreement on the language of the Court's protective order. Further, the parties stipulated to a briefing schedule on the language of the Court's protective order.

Pursuant to the above stipulation of the parties,

**IT IS HEREBY ORDERED** that the parties may submit briefs on the language of the Court's protective order as follows:

| | |
|---|---|
| Briefs: | **October 28, 2026** |
| Response Briefs: | **November 11, 2026** |

**IT IS FURTHER ORDERED** that, under Local Rule 7.1(d)(3)(A), the text of neither a brief nor a response brief may exceed 25 pages, including footnotes and signatures.

Date: October 21, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge