UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff Honorable Judith E Levy

-vs-

D-5 JONATHAN HONGRU ZOU, Case No 5:26-cr-20306

Defendant
_______________________________________/

NOTICE OF SUPPLEMENTAL AUTHORITY RE: MOTION FOR JUDICIAL APPOINTMENT FOR A MASTER TO REVIEW THE CONTENTS OF ELECTRONIC DEVICES [ECF No 171 Page ID 941]

NOW COMES the Defendant, JONATHAN HONGRU ZOU, by his attorneys, ARTHUR JAY WEISS and JOHN A SHEA, and respectfully proffers this Notice of Supplemental Authority to his pending Motion for Judicial Appointment of a Master to Review the Contents of Electronic Devices [ECF No 171 Page ID 941].

In their Response, the government implicitly alleges any transgressions emanate from "[t]he [Michigan] Attorney General's Office…." [ECF 175 Page ID 985-986]. We dispute the viability of a purported "clean hands doctrine" and respectfully cite in support of our position the recent United States Supreme Court

decision in *Grayson v United States*, 608 US—,146 S Ct 1872,—L Ed 2d—(June 22, 2026).

ARTHUR JAY WEISS
JOHN A SHEA

/s/ Arthur Jay Weiss
ARTHUR JAY WEISS (P 25225)
Attorney for Defendant ZOU
30445 Northwestern Highway
Suite 225
Farmington Hills, Michigan 48334-3158
(248) 855-5888
arthurweiss@ajweisslaw.com

Dated: October 26, 2026.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff

Honorable Judith E Levy

-vs-

D-5 JONATHAN HONGRU ZOU,

Case No 5:26-cr-20306

Defendant

_______________________________________/

CERTIFICATE OF SERVICE

ARTHUR JAY WEISS, counsel of record for JONATHAN HONGRU ZOU, a Defendant in the above-entitled matter, hereby Certifies that on the 26th day of October 2026 he served all counsel of record with a copy of Notice of Supplemental Authority re: Motion for Judicial Appointment for a Master to Review the Contents of Electronic Devices [ECF 171 Page ID 941] and Certificate of Service relative to the above-entitled matter by electronic means.

/s/ Arthur Jay Weiss
ARTHUR JAY WEISS