UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

Case No. 5:26-cr-20306-4
Hon. Judith E. Levy

Ahmet Korkaya,

Defendant.

---

**Stipulation to Allow Travel**

---

Defendant Ahmet Korkaya resides in Wisconsin and has been released on a $10,000 unsecured bond. He is wearing a tether and has a curfew of 6 am to 8 pm. He has abided by all bond conditions. There have been no alleged violations. He needs to appear before this Honorable Court on Tuesday November 3, 2026, and is looking to travel to the Eastern District of Michigan a few days earlier with his wife so they can visit their parents. The Government has no objection to this request so long as he abides by the following conditions:

1. Defendant will leave his home in Wisconsin on Saturday October 31, 2026, around 8 am CST.
2. Defendant will arrive in the Eastern District of Michigan before 8 pm EST on Saturday October 31, 2026.

3. While in the EDMI, Defendant will reside at his parents' home in West Bloomfield, MI.
4. Defendant will abide by his curfew restrictions.
5. Defendant will appear for the court hearing currently scheduled for 1:30 pm on Tuesday November 3, 2026.
6. Defendant will leave the EDMI around 7 pm EST on Tuesday November 3, 2026.
7. Defendant will arrive at his home in Wisconsin by 3 am CST on Wednesday November 4, 2026.

The parties stipulate to this travel request sought by Defendant Korkaya.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*/s/ Margaret Smith* .
Margaret Smith
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9637
margaret.smith@usdoj.gov

*/s/ Jamil K. Khuja* .
Jamil K. Khuja
Attorney for Defendant
The Khuja Law Firm, P.L.L.C.
1360 Porter St. Suite 200
Dearborn, MI 48124
(313) 263-3353
jamil@khujalaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

No. 5:26-cr-20306-4
Hon. Judith E. Levy

Ahmet Korkaya,

Defendant.

---

**Order to Allow Travel**

---

Pursuant to the above stipulation of the parties, Defendant's request to travel is GRANTED under the agreed upon conditions.

IT IS THEREFORE ORDERED Defendant Korkaya may travel to Michigan as long as he abides by the following conditions:

1. Defendant will leave his home in Wisconsin on Saturday October 31, 2026, around 8 am CST.
2. Defendant will arrive in the Eastern District of Michigan before 8 pm EST on Saturday October 31, 2026.
3. While in the EDMI, Defendant will reside at his parents' home in West Bloomfield, MI.
4. Defendant shall abide by his curfew restrictions.

5. Defendant shall appear for the court hearing scheduled for 1:30 pm on Tuesday November 3, 2026.
6. Defendant will leave the EDMI around 7 pm EST on Tuesday November 3, 2026.
7. Defendant will arrive at his home in Wisconsin by 3 am CST on Wednesday November 4, 2026.

Date: October 26, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge