UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, Case No.: 26-cr-20306-1

v. Hon. Judith E. Levy

ZAINAB ALIASGAR HAKIM,

Defendant.
_____________________________________/

**STIPULATION AND ORDER TO ALLOW OUT OF DISTRICT TRAVEL**

Zainab Hakim is on bond with this Court with a GPS tether and curfew condition.

Ms. Hakim seeks to spend the Thanksgiving holiday and weekend with family at her parents' home in Canton, from November 25th to the 29th. Because she is on a curfew condition, her overnight visit requires the Court's approval. The government has no objection to this request.

As such, the parties stipulate to this travel request by Ms. Hakim.

Respectfully submitted,

s/ Amanda N. Bashi
Amanda N. Bashi
Assistant Federal Defender
613 Abbott Street, Suite 500
Detroit, Michigan 48226

s/ Margaret Smith (by consent)
Margaret Smith
Assistant U.S. Attorney
211 W. Fort St. Suite 2001
Detroit, MI 48226

Dated: October 28, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No.: 26-cr-20306-1

v.

Hon. Judith E. Levy

Zainab Hakim,

Defendant.

______________________________/

**ORDER TO ALLOW OUT OF DISTRICT TRAVEL**

The Court has considered the parties' stipulation for Zainab Hakim's overnight visit with family. For the reasons described in the parties' stipulation, the Court grants Ms. Hakim permission to stay with family as outlined in the stipulation.

Date: October 28, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge