**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | ) | |
| | ) | Case No. 5:26-cr-20306-3 |
| v. | ) | |
| | ) | Judge Judith E. Levy |
| PAIGE ELIZABETH FEYOCK, | ) | |
| Defendant. | ) | |

**STIPULATION TO MODIFY CONDITIONS OF RELEASE**
**TO ALLOW CERTAIN TRAVEL**

NOW COMES, the above-named parties, by and through their counsel, and stipulate and agree to allow Defendant Paige Feyock to travel for court, for a medical appointment, and for the Thanksgiving holiday, as set forth below. The Government and Pretrial Services have no objection to the following three requests.

### A. Travel for Court and Case Conferences

Permission is sought to travel to the Eastern District of Michigan on November 2, 2026 for the purpose of attending court the next day on November 3, 2026 and to attend case conferences with her counsel. It is specifically requested to:

1) allow Ms. Feyock to leave her residence in Chicago no earlier than 11 a.m. (CST) on November 2, 2026;

2) return no later 9:30 p.m. (CST) on November 3, 2026;

3) suspend the condition of curfew during that allotted period; and

4) maintain GPS stand-alone monitoring while away from her residence.

While in Eastern District of Michigan, Ms. Feyock will reside at a location verified by Pretrial Services.

**B. Travel for a Medical Appointment**

Permission is sought to travel to the Eastern District of Michigan on November 13, 2026 for the purpose of a scheduled medical appointment. It is specifically requested to:

1) allow Ms. Feyock to leave her residence in Chicago no earlier than 6 a.m. (CST) on November 13, 2026;

2) return no later 10 p.m. (CST) on November 13, 2026;

3) suspend the condition of curfew during that allotted period; and

4) maintain GPS stand-alone monitoring while away from her residence.

**C. Travel for Thanksgiving Holiday**

Permission is sought to travel to Atlanta, Georgia on November 21, 2026 and return on November 29, 2026 to spend time with her family for the Thanksgiving holiday. It is specifically requested to:

1) allow Ms. Feyock to leave her residence in Chicago no earlier than 7 a.m. (CST) on November 21, 2026;

2) return no later 11:30 p.m. (CST) on November 29, 2026;

3) suspend the condition of curfew during that allotted period; and

4) maintain GPS stand-alone monitoring while away from her residence.

While in Northern District of Georgia, Ms. Feyock will reside at her parent's home.

SO STIPULATED:

/s/ Molly Armour
Law Office of Molly Armour
53 W. Jackson Boulevard, Suite 1424
Chicago, IL 60604
773-746-4849

armourdefender@gmail.com
(Illinois Bar 6295792)

/s/ Sandford Plotkin
Sanford Plotkin PC
30445 Northwestern Hwy, Suite 225
Farmington Hills, MI 48334
248-798-5756
sanfordplotkin@gmail.com
(P38691)

/s/ Margaret Smith (w/consent)
MARGARET SMITH
U.S. Attorney's Office
211 W. Fort St. Suite 2001
Detroit, MI 48226 500
(313) 226-5892
Margaret.Smith@usdoj.gov

Dated: October 28, 2026

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>) | |
| | ) | No. 5:26-cr-20306 |
| v. | ) | |
| | ) | Judge Judith E. Levy |
| PAIGE ELIZABETH FEYOCK,<br>Defendant. | )<br>) | |

**ORDER MODIFYING CONDITIONS OF RELEASE**
**TO ALLOW CERTAIN TRAVEL**

The Court has considered the parties' stipulation for Paige Feyock's travel. For the reasons described in the parties' stipulation, the Court grants Ms. Feyock permission to travel under the conditions outlined in the stipulation.

Dated: October 29, 2026

/s/ Judith E. Levy
JUDITH E. LEVY
U.S. DISTRICT JUDGE