PS8
(01/24)

# United States District Court

for the

**Eastern District of Michigan**

U.S.A. vs. Amatullah Aliasgar Hakim Docket No. 26-CR20306-002

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Dave Clifford, Pretrial Services Officer, presenting an official report on defendant Amatullah Aliasgar Hakim, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Chief Magistrate Judge David R. Grand, sitting in the court at Detroit, Michigan, on July14, 2026, under the following conditions:

1. The defendant must report, as directed, to Pretrial Services Agency.
2. Surrender any passport, enhanced identification, or international travel documents immediately to the supervising officer as directed.
3. Not obtain a passport, enhanced identification, or any international travel documents.
4. Travel restricted to the Eastern District of Michigan.
5. Avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including but not limited to: co-defendants; Witness in the investigation or prosecution; list to be provided by U.S. Attorney.
6. Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Provide documentation of any prescribed medications to the supervising officer and any new medications prescribed by a licensed medical practitioner throughout supervision. Refrain from the use of marijuana which is prohibited by federal law.
7. Participate in the location monitoring programs and comply with its requirements as directed in subsections i, ii, and iii.
    i. Curfew. You are restricted to your residence every day: as directed by the pretrial services or supervising officer
    ii. Submit to location morning as directed by the pretrial services office or supering officer and comply with all the program requirements and instructions provided.
    iii. You must pay all or part of the cost of the program, including equipment loss or damage, based upon your ability to pay as the pretrial services office or supervising officer determines: Global Position Systems (GPS) Monitoring).
8. Other: may have contact with co-defendant Zainab Hakim, but prohibited from discussion the case, unless in presences of defense counsel.

On September 9, 2026, Your Honor granted a Motion to Modify Conditions of Release: Remove Home Curfew and placed on **Stand Alone Monitoring**. You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restriction as imposed by the court.

**Respectfully presenting petition for action of court and for cause as follows**:

On October 30, 2026, United States Chief Magistrate Judge David R. Grand granted bond to the defendant's co-defendant, Henry David Mackeen-Shapiro but they are not to discuss the case. Therefore, it is necessary to amend the defendant's bond allowing contact with Henry David Mackeen-Shapiro.

Assistant United States Attorney Margret Smith was present during the hearing and did not object to this request. Defense Counsel was notified of his request.

**PRAYING THAT THE COURT WILL ORDER AMENDING THE DEFENDANT'S ORDER SETTING CONDITIONS TO THE FOLLOWING: may have contact with co-defendant Henry David Mackeen-Shapiro but they are prohibited from discussion the case.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2026

Respectfully,

s/Dave Clifford

U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: October 30, 2026

**THE COURT ORDERS:**

[ ] No Action

[ X] Modification of Pretrial Conditions as Requested

[ ] Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ] The Issuance of a Warrant [check one]

[ ] Defendant to appear before the Judge assigned to the case for purposes of bond determination and Defendant temporarily detained pending hearing

[ ] Defendant to appear before the Duty Magistrate Judge for purposes of bond determination

[ ] The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ] Other

ORDER OF COURT

Considered and ordered this 2nd day

of November, 2026, and ordered filed and made a part of the records in the above case.

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge