UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Case No. 5:26−cr−20306−JEL−EAS
Hon. Judith E. Levy

Zainab Aliasgar Hakim, et al.,

Defendant(s),

---

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [226] Emergency Motion for Revocation of Bond as to Zainab Aliasgar Hakim. Defendant's Response to the motion is due on 11/5/2026 by 10:00 a.m. **Motion Hearing set for 11/5/2026 03:30 PM before District Judge Judith E. Levy** (WBar)

All of the aforementioned Defendants are required to appear at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan.

**ADDITIONAL INFORMATION:** Defendant's response to the motion is due by 10:00 a.m. on 11/5/2026.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/W. Barkholz
Case Manager

Dated: November 2, 2026