UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

D-9, HENRY DAVID MACKEEN-SHAPIRO,

Defendant(s).
_____________________________________/

Case No. 26-20306

Judge Judith E. Levy

Magistrate Judge Elizabeth A. Stafford

**NOTICE OF CORRECTION**

Docket entry number N/A, filed 11/2/2026, has been modified. The explanation for the correction is stated below.

- [x] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [x] Other: Notice of CJA Appointment entered as to wrong defendant. Attorney Ryan Machasic removed as attorney of record for D-9 Mackeen-Shapiro.

If you need further clarification or assistance, please contact Amanda Chubb at (313) 234-5440.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: 11/3/2026

/s/A. Chubb
Deputy Clerk