UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 26-CR-20306
Hon. JUDITH E. LEVY

v.

AARON HUNTER VONBARGEN (D-10)

Defendant.

---

# APPEARANCE

NOW COMES John M. McManus, Esq., of Vandeveer Garzia, P.C., and hereby files his Appearance as counsel, for Defendant, Aaron Hunter VonBargen (D-10), in the above captioned matter.

**VANDEVEER GARZIA, P.C.**

Respectfully submitted,

By: *_/s/ John M. McManus_*

JOHN M. McMANUS (P44102)
Attorney for Defendant Aaron
Hunter VonBargen
840 W. Long Lake Road, Suite 600
Troy, MI 48098
(248) 312-2982
jmcmanus@vgpclaw.com

Dated: November 4, 2026