UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 26-cr-20306-JEL-EAS
Hon. Judith E. Levy

v.

ZAINAB ALIASGAR HAKIM, ET AL

Defendants.

---

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my Appearance as Attorney for Defendant Henry David Mackeen-Shapiro in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Juan A. Mateo*

**JUAN A. MATEO (P33156)**
Counsel for Defendant
Henry David Mackeen-Shapiro
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500, Office
(313) 962-9190, Fax
mateoja@aol.com

Dated: November 4, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/ Juan A. Mateo*
**JUAN A. MATEO (P33156)**
Counsel for Defendant
Henry David Mackeen-Shapiro
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500, Office
(313) 962-9190, Fax
mateoja@aol.com