UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Case No. 5:26−cr−20306−JEL−EAS
Hon. Judith E. Levy

Zainab Aliasgar Hakim, et al.,

Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [226] MOTION for Revocation of Bond as to Zainab Aliasgar Hakim. **Motion Hearing reset for 11/18/2026 02:30 PM before District Judge Judith E. Levy. Response to motion is due on or before 11/12/202 6. Reply is due on or before 11/16/2026. (WBar)**

All of the aforementioned Defendants are required to appear at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/W. Barkholz
Case Manager

Dated: November 4, 2026