UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, Case No. 26-cr-20306

vs. Hon. Judith E. Levy

JOSEPH FISHER,

Defendant.

---

**APPEARANCE AS ATTORNEY**

PLEASE BE ADVISED that RYAN HUGH MACHASIC enters his Appearance as Attorney on behalf of the Defendant in the above-captioned matter, and requests copies of all notices and pleadings filed therein.

Respectfully submitted,

By: /s/ Ryan Hugh Machasic

RYAN HUGH MACHASIC
Attorney for Defendant
1221 Bowers St., # 910
Birmingham, MI 48012
586.914.6140
ryan@machasiclaw.com

## CERTIFICATE OF SERVICE

I, Ryan Hugh Machasic, hereby certify that on November 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: attorneys of record.

Respectfully submitted,

By: /s/ Ryan Hugh Machasic

RYAN HUGH MACHASIC
Attorney for Defendant
1221 Bowers St., # 910
Birmingham, MI 48012
586.914.6140
ryan@machasiclaw.com