2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

D-10 AARON HUNTER VONBARGEN,

Defendant.

Case No. 26-cr-20306

Hon. Judith E. Levy

FILED
NOV 04 2026
CLERK'S OFFICE
DETROIT

**DEFENDANT'S ACKNOWLEDGMENT OF FIRST SUPERSEDING INDICTMENT**

I, D-10 AARON HUNTER VONBARGEN, defendant in this case, hereby acknowledge that I have received a copy of the First Superseding Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count Five**
18 U.S.C. §§ 371; 875(c)
(conspiracy to transmit threats in interstate and foreign commerce)

- Up to 5 years' imprisonment
- Up to a $250,000 fine

**Count Six**
18 U.S.C. §§ 371; 875(c)
(conspiracy to transmit threats in interstate and foreign commerce)

- Up to 5 years' imprisonment
- Up to a $250,000 fine

**Count Seven**
18 U.S.C. §§ 371; 875(c)
(conspiracy to transmit threats in interstate and foreign commerce)

- Up to 5 years' imprisonment
- Up to a $250,000 fine

I also understand that the Court may impose consecutive sentences if I am convicted of more than one count.

D-10 AARON HUNTER VONBARGEN
Defendant

**ACKNOWLEDGMENT OF DEFENSE COUNSEL**

I acknowledge that I am defendant's counsel and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Counsel for Defendant

Dated: Nov. 4, 2026