UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

File No. 26-20306

-vs-

Honorable Judith Levy

TARANA SHARMA,

Defendant.

---

# APPEARANCE

**PLEASE TAKE NOTICE** that on this day I have filed my appearance in the United States District Court for the above-named Defendant, in the above captioned matter.

Respectfully submitted,

/s/Joan Ellerbusch Morgan
**JOAN ELLERBUSCH MORGAN (P34482)**
Counsel for Defendant
P.O. Box 1072
Ann Arbor, MI 48106
(248) 877-4207
joanmorganlaw@gmail.com

Dated: November 6, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

File No. 26-20306

-vs-

Honorable Judith Levy

TARANA SHARMA,

Defendant.

---

**CERTIFICATE OF SERVICE**

I, **JOAN ELLERBUSCH MORGAN**, hereby certify that on the 5th day of **November, 2026**, I electronically filed my **Appearance** with the Clerk of the Court using the ECF system which will send notification of such filing to the following: **Hon. Judith Levy and the United States Attorney's Office**.

Respectfully submitted,

/s/Joan Ellerbusch Morgan
**JOAN ELLERBUSCH MORGAN (P34482)**
Counsel for Defendant
P.O. Box 1072
Ann Arbor, MI 48106
(248) 877-4207
joanmorganlaw@gmail.com

Dated: November 6, 2026