ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Margaret Smith Telephone: (313) 226-9100
Special Agent: Sean Lobar, FBI Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

FILED
CLERK'S OFFICE
NOV 13 2026
U.S DISTRICT COURT
EASTERN MICHIGAN

United States of America
v.
Aaron Hunter Vonbargen

Case No. 26-CR-20306

FILED
OCT 21 2026
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Aaron Hunter Vonbargen,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
In violation of 18 U.S.C. §§ 371; 875(c), Conspiracy to Transmit Threats in Interstate and Foreign Commerce.

Date: OCT 21 2026

[signature]
*Issuing officer's signature*

City and state: Detroit, Michigan

Jurnee Parker DEPUTY CLERK
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/21/2026, and the person was arrested on *(date)* 10/30/2026
at *(city and state)* DETROIT, MI.

Date: 10/30/2026

[signature]
*Arresting officer's signature*

Jacob F. Frego III, Special Agent, FBI
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*