ORIGINAL

AUSA: Margaret Smith Telephone: (313) 226-9100
AO 442 (Rev. 11/11) Arrest Warrant Special Agent: Sean Lobar, FBI Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Henry David MacKeen-Shapiro

Case No. 26-CR-20306

FILED
CLERK'S OFFICE
NOV 13 2026
U.S DISTRICT COURT
EASTERN MICHIGAN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Henry David MacKeen-Shapiro, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
In violation of 18 U.S.C. §§ 371; 875(c), Conspiracy to Transmit Threats in Interstate and Foreign Commerce.

Date: OCT 21 2026

*Issuing officer's signature*

City and state: Detroit, Michigan

Jurnee Parker DEPUTY CLERK
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/21/26, and the person was arrested on *(date)* 10/29/2026 at *(city and state)* Detroit, MI.

Date: 10/30/2026

*Arresting officer's signature*

SA Casey Newburg
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*