UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v

CASE NO. 26-CR-20306
HON. JUDITH E. LEVY

D-1 ZAINAB ALIASGAR HAKIM,

Defendant.
________________________________/

**EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD**

The United States seeks leave of this Court to file four video exhibits via the electronic portal "Media File Upload" in CM/ECF. In a separate filing, the government has contemporaneously requested they be filed under seal.

The exhibits to the Government's Reply Brief to its Emergency Motion to Revoke Bond, ECF No. 226 (response at ECF No. 257). They cannot be converted to a PDF format for the following reasons.

Exhibits 1, 2, 3, and 4 of the government's reply are in video format and consist of police body-worn camera video recordings from October 29, 2026.

All videos begin from inside the law enforcement vehicle and include the entry into the residence of Zainab Hakim, her arrest, and FBI agents securing the location.

**Exhibit 1** – 8:55 BWC video of entry into Zainab Hakim's home on October 29, 2026. The video begins with law enforcement inside their

vehicles.

**Exhibit 2** – 9:05 BWC video of entry into Zainab Hakim's home on October 29, 2026. This footage begins with law enforcement parking in front of the structure and obtaining gear from the trunk.

**Exhibit 3** – 10:55 BWC video of entry into Zainab Hakim's home on October 29, 2026. The video begins with law enforcement inside their vehicles.

**Exhibit 4** – 10:17 BWC video of entry into Zainab Hakim's home on October 29, 2026. The video begins with law enforcement inside their vehicles.

The video and audio of these four exhibits help to determine and clarify the nature and events of the police interaction with the defendant on the date of the incident, as well as the manner and circumstances of the event. In the government's view, these videos collectively help to demonstrate the conditions, environment, context, substance, and meaning of the search. They provide some evidence that supports revocation of Zainab Hakim's bond. The United States will likely use these at the bond revocation motion to be heard on November 18, 2026, at 2:30 p.m. before this Court.

If the Court grants this motion, the government will provide a timestamp reference to the part of the media file that is offered in support of its reply brief. All

relevant, audible portions of the media file will be transcribed and will be filed in written form.

Defense counsel initially sought government has sought concurrence pursuant to Local Rule 1.9(c). Defense counsel does not object to the manner of submission of the video exhibits to the Court, including by using the Media File Upload. Defense counsel does object to the sealing of these exhibits.

Pursuant to Rule 19(c)(5) of the Eastern District of Michigan's Electronic Filing Policies, the requested filing and video exhibits do not yet comply with the privacy protections of applicable law, including Rule 21 of the Eastern District of Michigan's Electronic Filing Policies, the E-Government Act of 2002, and Federal Rules of Criminal Procedure 49.1, which is why they are being requested to be filed under seal.

For the foregoing reason, the undersigned respectfully requests that this Court grant the leave sought in this motion.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*s/ Robert Kuhn*
Robert Kuhn P83821
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.Kuhn@usdoj.gov
(313) 226-9707

Date: November 16, 2026

# CERTIFICATE OF SERVICE

I certify that on November 16, 2026, I electronically filed the foregoing document with the Clerk of the Court of the Eastern District of Michigan using the ECF system, which will send notification to all counsel of record.

*s/ Robert Kuhn*
Robert Kuhn P83821
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.Kuhn@usdoj.gov
(313) 226-9707