FD-302 (Rev. 5-8-10)



OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 11/16/2026

On November 13, 2026, Master Digital Forensic Examiner Jordan Graves and Special Agent Digital Forensic Examiner Sean Lobar ("Examiners") conducted a physical inspection of a MacBook Pro laptop, Model A2338, Serial FVFG24NGQ05G, marked evidence item 1B197. Examiners did not conduct any digital examination of files on the MacBook during this physical inspection.

Photographs were taken. Example photographs are included below. Additional photographs are attached as digital 1As to this serial.

The following damage was noted:

<u>Keyboard</u>

Roughly half of the keyboard was not functional. Specifically, the following keys did produce any response:

- Delete [similar to backspace on a PC]
- `
- 0
- 1
- 2
- 3
- }
- Tab
- '
- D
- A
- /
- . [Period]
- , [Comma]
- M
- N
- B
- V
- C
- X
- Z

Investigation on 11/13/2026 at Detroit, Michigan, United States (In Person)

File # [redacted] Date drafted 11/13/2026

by Sean M. Lobar, Jordan R. Graves

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

- [Spacebar]
- Caps lock

Additionally, the following keys when pressed once produced multiple key strokes:

- 5 (x3 keystrokes)
- Y (x3 keystrokes)
- T (x2 keystrokes)
- E (x2 keystrokes)
- K (x2 keystrokes)
- J (x3 keystrokes)
- R (x5 keystrokes)

The "Shift" key appeared to be permanently engaged.

Battery

The MacBook could not operate without being plugged in to a power source. The MacBook immediately lost power when unplugged.

Screen

The screen exhibited internal splotches similar to water drop patterns. The screen also exhibited internal diagonal lines.

FD-302a (Rev. 5-8-10)

[redacted]

Continuation of FD-302 of (U) Physical examination of MacBook Pro 1B197, On 11/13/2026, Page 3 of 8




On the surface of the screen, white residue was visible. White residue can be evidence of mineral or salt deposits left behind after water dries.

[redacted]






Internals

White residue was observed around various circuits and electronic components. White residue was observed on various internal screws.

[redacted]

Continuation of FD-302 of (U) Physical examination of MacBook Pro 1B197, On 11/13/2026, Page 5 of 8



Corrosion was observed around the battery in multiple places.

[redacted]





[redacted]

Continuation of FD-302 of (U) Physical examination of MacBook Pro 1B197, On 11/13/2026, Page 7 of 8



[redacted]





Samples from this laptop have not been chemically analyzed.

Additional photos are attached as a digital 1A.