**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States of America,

Plaintiff,

v.

Zainab Aliasgar Hakim,

Defendant.

Case No. 26-cr-20306-01

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

________________________________/

**ORDER GRANTING THE GOVERNMENT'S MOTION FOR LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD [262]**

This matter is before the Court on the government's motion for leave to file exhibits using the Media File Upload. (ECF No. 262.) The Court GRANTS the motion and orders the government to follow the procedures listed in R19(c) of the Eastern District of Michigan's Electronic Filing Policies and Procedures. The government must also meet the below requirements when uploading each media file:

1. The government must indicate a timestamp citation for every instance where the exhibit is referenced in the paper pursuant to R6.

2. All audible portions of the media file shall be transcribed and submitted in written form as an exhibit e-filed in the usual manner.

3. Because of storage limitations, the government is directed to limit the size of the media file to the minimum necessary to support its position and to not upload any media files duplicative of those already filed. Instead, the government is instructed to include a timestamp citation and reference to the previously uploaded exhibit.

4. The Court will not accept any media file that has proprietary security features or codecs requiring additional files, software, applications, or plug-ins to successfully view the file. Any files received that cannot be viewed by the Court will need to be reformatted and resubmitted.

5. The government shall serve copies of the media file on opposing counsel in accordance with applicable federal and local rules.

IT IS SO ORDERED.

Dated: November 17, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 17, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager