UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 26-cr-20306-JEL-EAS
Hon. Judith E. Levy

v.

D-9 HENRY DAVID MACKEEN-SHAPIRO,

Defendant.

---

**NOTICE OF JOINDER/CONCURRENCE**

NOW COMES, the Defendant, Henry David Mackeen-Shapiro, by and through counsel, and hereby joins and concurs in Defendant, Jonathan Hongru Zou's Response, ECF No. 143, ECF 144, Joint Defense Response filed by (Bashi, Amanda) and ECF No. 157, and Supplemental Brief, regarding ECF No. 118, Motion for Protective Order in the above-captioned matter.

Respectfully submitted,

*/s/ Juan A. Mateo*

**JUAN A. MATEO (P33156)**
Counsel for Defendant
Henry David Mackeen-Shapiro
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500, Office
(313) 962-9190, Fax
mateoja@aol.com

Dated: November 20, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/ Juan A. Mateo*

**JUAN A. MATEO (P33156)**
Counsel for Defendant
Henry David Mackeen-Shapiro
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500, Office
(313) 962-9190, Fax
mateoja@aol.com