UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-6 ALEXANDER SEPULVEDA,

Defendant.

Case No: 26-cr-20306

JUDITH E. LEVY
United States District Judge

**MOTION FOR LEAVE TO SEAL EX PARTE MOTION FOR THE APPOINTMENT OF ASSOCIATE ATTORNEY UNDER THE CRIMINAL JUSTICE ACT**

NOW COMES Defendant, Alexander Sepulveda, by and through his attorney, Ebony L. Ellis, and respectfully requests that the Ex Parte Motion for the Appointment of an Associate Attorney Under the Criminal Justice Act be sealed.

In support of said request, Defendant Sepulveda states as follows:

1. On June 15, 2026, undersigned counsel was appointed to represent Mr. Sepulveda pursuant to the Criminal Justice Act, 18 U.S.C § 3006A.
2. Undersigned counsel seeks leave to submit an ex parte motion requesting the appointment of additional counsel to assist in the preparation and presentation of the defense in this matter.

3. The documents involve discussions of confidential matters concerning defense preparation, counsel's assessment of the case, and anticipated litigation strategy.
4. Disclosure of these matters on the public docket or to the Government would risk revealing information protected by the attorney-client privilege and attorney work-product doctrine.

WHEREFORE, Defendant Alexander Sepulveda respectfully requests that the Motion for Leave to Seal the Ex Parte Motion for the Appointment of Associate Counsel under the Criminal Justice Act be sealed.

Respectfully submitted,

s/Ebony L. Ellis (P80848)
Attorney for Alexander Sepulveda
120 N. Michigan Ave., Suite 303
Saginaw, MI 48602
(989) 355-1717
Email: ebony@acrawfordlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-6 ALEXANDER SEPULVEDA,

Defendant.

Case No: 26-cr-20306

JUDITH E. LEVY
United States District Judge

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO SEAL EX PARTE MOTION FOR THE APPOINTMENT OF ASSOCIATE ATTORNEY UNDER THE CRIMINAL JUSTICE ACT**

LCrR 12.2 Ex Parte Motion Under the Criminal Justice Act;

> Ex parte motions permitted pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e)(1), shall be filed with the District Judge or Magistrate Judge assigned to the case rather than in the Clerk's Office and shall be filed under seal.

Undersigned counsel intends to file an ex-parte motion to request the appointment of associate counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e)(1). Counsel seeks permission to file the ex-parte motion under seal to protect confidential information and attorney work-product. In accordance with LCrR 12.2, the motion must be filed under seal.

WHEREFORE, Defendant respectfully requests that the Ex Parte Motion for the Appointment of Associate Counsel under the Criminal Justice Act be sealed.

Respectfully submitted,

s/Ebony L. Ellis (P80848)
Attorney for Alexander Sepulveda
120 N. Michigan Ave., Suite 303
Saginaw, MI 48602
(989) 355-1717
Email: ebony@acrawfordlaw.com

Dated: November 25, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2026, the foregoing document was filed with the Clerk of the Court using the ECF system, which sends notification of such filing to all counsel of record.

Dated: November 25, 2026 By: s/ Ebony L. Ellis